# EXHIBIT C

# Purchase Agreement

# LEGACY MEDICAL
## C O N S U L T A N T S

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this __27__ day of __sept__, 20__23__ (the "Effective Date") between Legacy Medical Consultants and

Provider Name:  __cristi leeberg__

Office Address:  __1900 south harbor city blvd #232 Melbourne fl 32901__

("Customer").

# Background

The Customer wishes to purchase and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification. In order to facilitate a consistent approach to reimbursement,** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A.

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty  (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal ( **https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

**LEGACY MEDICAL**
C O N S U L T A N T S

# Purchase Agreement

Executed as of the Effective Date.

Legacy Medical Consultants

DocuSigned by:

*Cameron Barlow*

Signer Name: Cameron Barlow
Signing Reason: I approve this document
Signing Time: 9/27/2023 | 4:34:47 PM PDT

By: *Cameron Barlow*

7D5805C5A4EC40FE9A9B7CDA03A01A6E

Customer

DocuSigned by:

*Cristi Leeberg*

Signer Name: Cristi Leeberg
Signing Reason: I approve this document
Signing Time: 9/21/2023 | 9:07:04 AM PDT

By: *Cristi Leeberg*

81DD178B1C9D48FD98B7B25FC661C551

LMC_FRA Rev1.0 7.21

# Schedule A

**Products and Prices**

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **InnovaMatrix AC** | IMX-0202-01 | InnovaMatrix AC 2x2cm (A2001) | $2,266.00 |
| | IMX-0404-01 | InnovaMatrix AC 4x4cm (A2001) | $9,064.00 |
| | IMX-0406-01 | InnovaMatrix AC 4x6cm (A2001) | $13,596.00 |
| | IMX-0505-01 | InnovaMatrix AC 5x5cm (A2001) | $14,162.50 |
| | | | |