# EXHIBIT E



# Purchase Agreement

This Purchase Agreement (the "Agreement") is entered into as of this __7__ day of __nivember2023__ , 20__23__ (the "Effective Date") between Legacy Medical Consultants and

Provider Name:  Cristi Leeberg
_____

Office Address:  1900 s harbor city blvd #232 Melbourne fl 32901
_____

_____

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the  LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.



# Purchase Agreement

Executed as of the Effective Date.

## Legacy Medical Consultants

Staff Signature: _Cameron Barlow_

DocuSigned by:
Signer Name: Cameron Barlow
Signing Reason: I approve this document
Signing Time: 11/8/2023 | 2:20:25 PM PST
7D5805C5A4EC40FE9A9B7CDA03A01A6E

Staff Name (printed): Cameron Barlow

## Customer

Customer Signature: _Cristi Leeberg_

DocuSigned by:
Signer Name: Cristi Leeberg
Signing Reason: I have reviewed this document
Signing Time: 11/7/2023 | 7:41:13 PM PST
B0C7C25C27DF4A05A14C5FF56FAF98EC

Customer Name (printed): Cristi Leeberg



# Schedule A
## Effective 10/1/2023

### Legacy Medical Consultants, LP -- Products and Prices

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $2,213.90 |
| | IMP-0203 | Impax 2x3cm (Q4262) | $3,320.86 |
| | IMP-0404 | Impax 4x4cm (Q4262) | $8,855.62 |
| | IMP-0406 | Impax 4x6cm (Q4262) | $13,283.42 |
| | IMP-0408 | Impax 4x8cm (Q4262) | $17,711.23 |