# EXHIBIT F

CAUSE NO. _____

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, | § | IN THE DISTRICT COURT OF |
| SUCCESSOR IN INTEREST TO LEGACY | § | |
| MEDICAL CONSULTANTS, LLC, | § | |
| | § | |
| **Plaintiff,** | § | TARRANT COUNTY, TEXAS |
| | § | |
| v. | § | |
| | § | |
| CRISTI LEEBERG D/B/A | § | |
| PRACTITIONERS IN MOTION, PLLC, | § | _____ JUDICIAL DISTRICT |
| | § | |
| **Defendant.** | § | |

### AFFIDAVIT OF DAVID M. CORNELL

Before me, the undersigned notary, on this day personally appeared David M. Cornell, a person whose identity is known to me. After administration of the oath, upon his oath he said:

My name is David M. Cornell. I am over the age of 18, am legally and mentally competent, and am capable of making this affidavit on behalf of Legacy Medical Consultants, LP. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am the duly authorized representative of Legacy Medical Consultants, LP ("Legacy"). I acquired personal knowledge of the facts set forth herein and in Legacy's Petition through my role as Chief Operating Officer of Legacy and review of the relevant invoices and payment records.

2. Between July 25, 2022 and November 7, 2023, Cristi Leeberg, doing business as Practitioners in Motion, PLLC, entered into five Agreements with Legacy.

3. Per the terms of the Agreements, Legacy agreed to sell, and Leeberg agreed to purchase, human cell and tissue products for Leeberg to administer to patients as medically necessary.

4. Leeberg would submit an order form for human tissue product, Legacy would generate an order statement reflecting the terms of the purchase, and then the products were promptly packed and shipped for delivery.

5. At the end of each month, Legacy sent an invoice reflecting the previous month's products purchased and amounts owed.

6. Under her Agreements with Legacy, Leeberg made several orders. However, upon receipt of her invoices, Leeberg has failed to pay her outstanding balance. Leeberg has

1

not paid the full amounts owed and is delinquent on the liquidated balance of $7,335,930.32.

7.  The liquidated balance on the account is $7,335,930.32. The amount is just and true, it is due, and all just and lawful offsets, payments, and credits have been allowed.



DAVID M. CORNELL
Chief Financial Officer
Legacy Medical Consultants, LP


SUBSCRIBED AND ACKNOWLEDGED BEFORE ME by David M. Cornell on January 23, 2025, to certify which witness my hand and seal of office.


KIMBERLY R BINI
Notary ID #22987
My Commission Expires
June 29, 2025

Notary Public in and for the
State of Texas
My commission expires:  06/29/2025

2