UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, LP,**
**SUCCESSOR IN INTEREST TO LEGACY**
**MEDICAL CONSULTANTS, LLC,**

   Plaintiff,

v.                                                                  No. 4:25-cv-00319-P

**CRISTI LEEBERG d/b/a PRACTITIONERS**
**IN MOTION, PLLC,**

   Defendants.

## ORDER

Before the Court is the Defendant's Motion to Dismiss Amended Complaint Or, in the Alternative, Transfer ("Motion"). ECF No. 15. Having reviewed the Motion, docket entries, and applicable law, the Court finds that the Motion should be and is **DENIED**.

**SO ORDERED** on this **4th day of June 2025.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE