# EXHIBIT A

# LEGACY MEDICAL
## CONSULTANTS

# Fulfillment / Rebate Agreement

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this __25__ day of __JULY__, 20__22__ (the "Effective Date") between Legacy Medical Consultants and

Provider Name:    CRISTI LEEBERG

Office Address:    1900 SOUTH HARBOR CITY BLVD. # 32901

MELBOURNE, FL. 32901

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Order Statement, which will reflect that the Customer has agreed to purchase the Products identified on the Statement and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Statement for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Rebate Qualification.** If the Customer uses Three (_3_) or more Products in a given month, he or she will qualify for a rebate of __46__% of the invoice price on all Products used for that month. Eligibility for the rebate each month will be calculated at the end of the month and, if the Customer is eligible for a rebate for that month, the amount of the rebate will be applied to the Customer's account as a rebate credit on the monthly invoice. Customer agrees to fully and accurately report all amounts paid and rebates earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Legacy Medical Consultants related to this Agreement and the amounts paid and rebates earned hereunder to representatives of these programs and other third-party payers upon their request.



**Fulfillment / Rebate Agreement**

6. **Invoices & Payment.** At the end of each month, Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered in the preceding month and the Customer's outstanding balance, which shall reflect the Invoice Price of the Products ordered and not yet paid by the Customer, as well as any rebates that the Customer has earned as of the date of the invoice, and any other charges or credits on the Customer's account to date. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within fourty five (45)days of the date of the Invoice. Customer agrees to provide Credit Card Authorization for payment of all invoices.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

Legacy Medical Consultants

Janna Murphy (Jul 25, 2022 14:15 CDT)

Janna Murphy

By: _____

Customer

By: _CRISTI LEEBERG_____