UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, L.P.**,

   Plaintiff,

v.                                                                      No. 4:25-cv-00319-P

**CRISTI LEEBURG,**

   Defendant.

## ORDER

Before the Court is the Parties' Joint Motion to Extend Time for Pretrial Deadlines. ECF No. 32. Having considered the Motion, the docket, and the applicable law, the Court finds that the Motion should be and hereby is **GRANTED in part and DENIED in part**.

Accordingly, the remaining pre-trial deadlines are hereby **EXTENDED** as follows:

| | |
|---|---|
| Mediation | December 3, 2025 |
| Completion of Discovery | January 9, 2026 |
| Dispositive Motions | February 2, 2026 |
| Pretrial Disclosures & Objections | April 22, 2026 (Objections due 14 days later) |
| Expert Objections | April 27, 2026 |
| Exchange of Exhibits | May 18, 2026 |
| Trial Date | June 1, 2026 |

**SO ORDERED** on this **17th day of November 2025.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE