UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEGACY MEDICAL CONSULTANTS,
L.P.,

   Plaintiff,

v.                                                    No. 4:25-cv-00319-P

CRISTI LEEBURG,

   Defendant.

### ORDER

Before the Court is Plaintiff Legacy Medical Consultants, L.P.'s Motion to Dismiss Defendant's Counterclaims. ECF No. 23. Having considered the Motion, the briefing, and the relevant law, the Court finds that the matters presented are more appropriately raised in a motion for summary judgment under Federal Rule of Civil Procedure 56. Accordingly, the Court **DENIES** the Motion.

**SO ORDERED** on this **1st day of December 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE