IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, *et al.*, | § § § § | |
| *Plaintiff,* | § § | Civil Action No. 4:25-cv-00319-P |
| v. | § § | |
| CHRISTI LEEBURG d/b/a PRACTITIONERS IN MOTION, | § § § § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael R. Esposito of Blank Rome LLP enters his appearance as *pro hac vice* counsel for Plaintiff Legacy Medical Consultants, LP, Successor in Interest to Legacy Medical Consultants, LLC. The undersigned requests to be included in all notices, communications, and filings relating to this case as follows:

Michael R. Esposito
Florida State Bar No. 37457
Blank Rome LLP
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Phone: (813) 255-2300
Fax: (813) 830-7444
Michael.Esposito@BlankRome.com

Dated: December 3, 2025                   Respectfully submitted,

**BLANK ROME LLP**

*/s/Michael R. Esposito*
Michael R. Esposito (*Admitted Pro Hac Vice*)
Florida Bar No. 37457
100 S. Ashley Drive, Suite 600
Tampa, Florida 33602
Tel.: (813) 255-2324
Michael.Esposito@BlankRome.com

## **CERTIFICATE OF SERVICE**

      I certify that on December 3, 2025, a true and correct copy of the foregoing notice of appearance was electronically served on all parties of record via the Court's CM/ECF filing system in accordance with Fed. R. Civ. P. 5(b)(2).

      */s/Michael R. Esposito*
      Michael R. Esposito (*Admitted Pro Hac Vice*)