UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,<br><br>**Defendant.** | § § § § § § § § § § § § § §<br><br>No. 4:25-cv-00319-P |

**JOINT MEDIATION REPORT**

Plaintiff, Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy") and Defendant, Cristi Leeberg, doing business as Practitioners in Motion, PLLC ("Leeberg" and collectively with Legacy, the "Parties"), file this Joint Mediation Report per the Court's Scheduling Order. [Dkt. 11].

The Parties mediated this case on December 2, 2025, before Bryan D. Burner of Bruner & Bruner PC, located at 550 Bailey Avenue, Suite 220, Fort Worth, Texas 76107. Present at the mediation for Legacy were Legacy's counsel Nick C. Harbist and Megan Altobelli and Legacy's representative David Cornell. Present at the mediation for Leeberg were Leeberg's counsel Alec Shelowitz, Ms. Leeberg, and Ms. Leeberg's general counsel Paul Basile.

The Parties were unable to resolve the case at mediation, and the case has not been settled by agreement of the Parties.

Respectfully submitted,

**BLANK ROME LLP**

/s/ *Megan A. Altobelli*
Gregory J. Moore
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

*and*

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Parkway, Suite 300
Dallas, Texas 75254

Abel A. Leal
State Bar No. 24026989
abel@leal.law

**ZARCO EINHORN SALKOWSKI, P.A.**
2 S Biscayne Blvd, 34th Floor
Miami, FL 33131

/s/ *Alec Shelowitz (with permission)*
Robert M. Einhorn
reinhorn@zarcolaw.com
Alec Shelowitz
ashelowitz@zarcolaw.com
**ATTORNEYS FOR DEFENDANT**