**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | Case No. 4:25-cv-00319-P |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § § | |
| **Defendant.** | § | |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND BRIEF IN SUPPORT

Plaintiff/Counter-Defendant, Legacy Medical Consultants, LP and Defendant/Counter-Plaintiff, Cristi Leeberg, by and through their undersigned counsel and pursuant to Local Rule 7.1, jointly move this Court to enter the proposed Agreed Protective Order attached hereto as **Exhibit 1**, per Fed. R. Civ. P. 26(c) and Fed. R. Evid. 502(d), to facilitate the production and use of documents in this case and to protect the Parties against waivers of privileges or protections.

The Parties have engaged in the exchange of documents and are taking depositions as well as serving third-party discovery. As discovery is ongoing, some document requests may seek confidential and sensitive information, including Protected Health Information ("PHI") covered by the Health Insurance Portability and Accountability Act ("HIPAA"). The proposed order, if approved and entered by the Court, will enhance the protection of the parties' and/or third parties' confidential information with minimal burden on the Court and the parties.

The proposed order provides for the production of documents (physical or electronic) and information, answers to interrogatories, and testimony and other information that may contain

1

confidential information, PHI, trade secrets, or (inadvertently) information covered by the attorney-client privilege or work product protection. Without a protective order, under certain circumstances, the production of privileged or protected information can operate as a waiver of the applicable privilege or protection in this action and other Federal, State, or arbitral proceedings.

Accordingly, the parties request this Court enter the proposed Stipulated Protective Order attached as **Exhibit 1** to this motion per Fed. R. Civ. P. 26(c) and Fed. R. Evid. 502(d).

The undersigned counsel hereby certify that the relief sought in the instant Motion and associated Proposed Order is unopposed.

Date: December 22, 2025

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Audrey F. Momanaee
Federal Bar No. 724132
Texas Bar No. 24055993
Gregory J. Moore (*pro hac vice*)
Texas Bar No. 24055999
717 Texas Avenue,
Suite 1400
Houston, TX 77002
713.632.8613
Audrey.Momanaee@BlankRome.com
Gregory.Moore@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, #1000
Dallas, Texas 75201
(972) 850-1467
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

**THE LEAL LAW FIRM, LLC;** *and*
**ZARCO EINHORN SALKOWSKI, P.A.**

*/s/ Alec Shelowitz*
Abel A. Leal
State Bar No. 24026989
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254

Alec Shelowitz
ashelowitz@zarcolaw.com
Robert M. Einhorn
reinhorn@zarcolaw.com
2 S. Biscayne Blvd, 34th Fl.
Miami, FL 33131

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I certify that on December 22, 2025, true and correct copies of the foregoing Joint Motion for Entry of Agreed Protective Order and the accompanying Proposed Order and all exhibits thereto were electronically served upon all counsel of record via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

*/s/ Megan A. Altobelli*
Megan A. Altobelli

3