IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br>　　Plaintiff,<br><br>v.<br><br>CHRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,<br>　　Defendant. | Case No. 4:25-cv-00319-P |

### NOTICE OF ISSUANCE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS

　　PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Legacy Medical Consultants, LP, Successor in Interest to Legacy Medical Consultants, LLC, hereby gives notice that it intends to serve a subpoena for the production of documents and other information on the following non-party:

APEX MDCL LLC
c/o Silent G Consulting, LLC, Registered Agent
2251 N. Rampart Blvd., Suite 265
Las Vegas, Nevada 89128

　　A true and correct copy of the subpoena is attached as **Exhibit 1**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**BLANK ROME LLP**

　　　　　　　　　　　　　　　　　　*/s/ Megan A. Altobelli*
　　　　　　　　　　　　　　　　　　Megan A. Altobelli (Local counsel)
　　　　　　　　　　　　　　　　　　Texas Bar No. 24107116
　　　　　　　　　　　　　　　　　　200 Crescent Court, Suite 1000
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　(972) 850-1467 M. Altobelli Direct
　　　　　　　　　　　　　　　　　　Megan.Altobelli@BlankRome.com

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was electronically served on all parties and counsel of record receiving service via the CM/ECF system and on the following third party via first class and certified mail on this 23nd day of December 2025:

APEX MDCL LLC
c/o Silent G Consulting, LLC, Registered Agent
2251 N. Rampart Blvd., Suite 265
Las Vegas, Nevada 89128

                                                  */s/ Megan A. Altobelli*
                                                  Megan A. Altobelli