IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, <br><br> *Defendant.* <br> and <br> CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, <br><br> *Counter-Plaintiff,* <br><br> v. <br><br> LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, <br><br> *Counter- Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **Cause No. 4:25-cv-00319-P** |

**LEGACY MEDICAL CONSULTANTS'
TRADITIONAL MOTION FOR SUMMARY JUDGMENT**

Plaintiff Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy" or "Plaintiff") moves under Federal Rule of Civil Procedure 56 and Northern District of Texas Local Rule 56 for summary judgment on all claims asserted by Legacy and against all counterclaims asserted by Defendant Cristi Leeberg d/b/a Practitioners in Motion, PLLC ("Leeberg" or "Defendant"). This motion seeks judgment as a matter of law on Legacy's breach-of-contract claim and on all of Defendant's counterclaims. In support, Legacy submits its

Brief in Support and Appendix.

## SUMMARY PURSUANT TO LOCAL RULE 56

As set forth in Legacy's Brief in Support and the accompanying Appendix, no genuine dispute of material fact exists and Legacy is entitled to judgment as a matter of law on: (i) Legacy's breach-of-contract claim, and (ii) Defendant's counterclaims for breach of contract and fraudulent misrepresentation. The Brief identifies the issues to be decided, the governing elements, the summary grounds, and the evidentiary citations.

For Legacy's breach of contract claim, the elements are: (1) the existence of a valid, enforceable contract; (2) performance or tendered performance by Legacy; (3) breach of contract by Leeberg; and (4) damages to Legacy resulting from the breach.

For Defendant's counterclaim for breach of contract, the elements are: (1) the existence of a valid, enforceable contract; (2) performance or tendered performance by Leeberg; (3) breach of contract by Legacy; and (4) damages to Leeberg resulting from the breach.

For Defendant's counterclaim for fraudulent misrepresentation, the elements are: (1) that a material misrepresentation was made; (2) the representation was false; (3) when the representation was made, the speaker knew it was false or made it recklessly without any knowledge of the truth as a positive assertion; (4) the speaker made the representation with the intent that the other party should act upon it; (5) the party acted in reliance on the representation; and (6) the party thereby suffered injury.

Pursuant to LR 56.3(b), the issues to be decided, the summary of the grounds for the motion, and the identification of the evidence supporting the motion are set forth in Legacy's Brief in Support of Its Motion for Summary Judgment and the accompanying Appendix.

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Legacy respectfully moves for summary judgment on all claims Legacy has asserted and on all counterclaims asserted by Defendant. In the alternative, Legacy seeks partial summary judgment on any claim, counterclaim, or discrete issue as to which there is no genuine dispute of material fact and Legacy is entitled to judgment as a matter of law.

## PRAYER

Legacy respectfully requests that the Court grant this Motion and enter judgment under Rule 56 in Legacy's favor on all claims asserted by Legacy and against all counterclaims asserted by Defendant, or, alternatively, grant partial summary judgment as appropriate.

Legacy further requests an award of taxable costs and reasonable attorneys' fees as permitted by applicable contract or statute; Legacy is entitled to such fees and costs, and the basis and amount will be addressed in the supporting brief and any subsequent submission as directed by the Court.

Dated: February 2, 2026

Respectfully submitted,
**BLANK ROME LLP**

/s/ *Megan A. Altobelli*
Gregory J. Moore (*NDTX adm'n pending*)
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

3

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of February 2026, this document was filed via the Court's

CM/ECF system, which will serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E).


*/s/ Megan A. Altobelli*
Megan A. Altobelli