UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| *Defendant.* | § § § | |
| and | § § | No. 4:25-cv-00319-P |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| *Counter-Plaintiff,* | § § § | |
| v. | § § | |
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § § | |
| *Counter- Defendant.* | § § § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

Legacy Medical Consultants, LP submits this appendix in support of its Motion for

Summary Judgment in accordance with Local Rules 7.1 and 56.6. The contents of the appendix

are as follows:

| Exhibit | Document | Appendix Page |
|---|---|---|
| **Exhibit 1** | Dec. 5, 2025 Deposition of Cristi Leeberg ("Leeberg Tr."). | APP_001-0080 |
| **Exhibit 2** | Agreements | APP_0081-0100 |
| **Exhibit 2-A** | July 25, 2022 Fulfillment/Rebate Agreement ("Fulfillment/Rebate Agreement") | APP_0081-0084 |
| **Exhibit 2-B** | April 1, 2023 Purchase Agreement for Zenith Membrane ("Zenith Agreement") | APP_0085-0088 |
| **Exhibit 2-C** | September 27, 2023 Purchase Agreement for InnovaMatrix ("InnovaMatrix Agreement") | APP_0089-0092 |
| **Exhibit 2-D** | September 27, 2023 Purchase Agreement for PalinGen ("PalinGen Agreement") | APP_0093-0096 |
| **Exhibit 2-E** | November 7, 2023 Purchase Agreement for Impax Membrane ("Impax Agreement") | APP_0097-0100 |
| **Exhibit 3** | Legacy's Expert Report of Charlotte L. Kohler, RN, CPA, CVA, CRCE, CPC, CPCO, CEMC | APP_0101-0132 |
| **Exhibit 4** | Legacy IVR Form | APP_0133 |
| **Exhibit 5** | Jan. 7, 2026 Deposition of Kimberly Bini ("Bini Tr.") | APP_0134-0137 |
| **Exhibit 6** | Balance Statement | APP_0138-0169 |
| **Exhibit 7** | Medicare Program Integrity Manual ("MPIM") | APP_0170 |
| **Exhibit 8** | CMS Form 1500 - Health Insurance Claim Form | APP_0171-0172 |
| **Exhibit 9** | Medicare Denial Letters | APP_0173-0214 |
| **Exhibit 10** | LCD, "Application of Skin Substitute Grafts for Treatment of DFU and VLU of Lower Extremities" | APP_0215-0227 |
| **Exhibit 11** | Agency Commission Agreement | APP_0228-0247 |
| **Exhibit 12** | Defendant's Responses and Objections to Plaintiff's Requests for Admission ("RFAs") | APP_0248-0252 |
| **Exhibit 13** | Gateway Foot and Ankle Center, PLC | APP_0253-0261 |

2

| Exhibit 14 | Declaration of Megan A. Altobelli in Support of Plaintiff's Motion for Summary Judgment | |
| --- | --- | --- |
| Exhibit 15 | Declaration of Kimberly R. Bini in Support of Plaintiff's Motion for Summary Judgment | |
| Exhibit 16 | Declaration of Charlotte L. Kohler in Support of Plaintiff's Motion for Summary Judgment | |

Dated: February 2, 2026.

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*

Gregory J. Moore (*NDTX adm'n pending*)
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

Megan A. Altobelli (Local Counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties and counsel of record through the Court's CM/ECF filing system on this 2nd day of February 2026, in accordance with the Fed. R. Civ. P. 5(b)(2).

*/s/ Megan A. Altobelli*

Megan A. Altobelli

3