# EXHIBIT 2-A

# Customer Onboarding Document

## LEGACY MEDICAL
### CONSULTANTS

**Customer Information**

Distributor: APEX MEDICAL
Name: RICK LOGWOOD
Email: RICK@APEXMDCL.COM
Cell: (702) 285-0587

PROVIDER NAME: CRISTI LEEBERG AAPRN    TAX ID#:

PRACTICE NAME: PRACTITIONERS IN MOTION

SHIP TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE, FL. 32901

CONTACT NAME: GIDGETTE

CONTACT PHONE: (321) 210-2288

TELEPHONE: (321) 210-2288

FAX:

EMAIL: PRACTITIONERSINMOTION@GMAIL.COM

HOW DO YOU BILL?    Group NPI #: 14476375582    Individual NPI #:

BILL TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE FL. 32901

AP CONTACT NAME: CRISTI LEEBERG AAPRN

AP PHONE: (321) 210-2288

AP EMAIL: PRACTIONERSINMOTION@GMAIL.COM

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME:    EMAIL:    TELEPHONE:

**Fax Form to: 1.866.300.0431 or email to: customerservice@legacymedicalconsultants.com**

LMC_COD Rev1.0 7.21

APP_0081

# LEGACY MEDICAL
## CONSULTANTS

# Fulfillment / Rebate Agreement

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this **25** day of **JULY**, 20**22** (the "Effective Date") between Legacy Medical Consultants and

Provider Name:    CRISTI LEEBERG

Office Address:    1900 SOUTH HARBOR CITY BLVD. # 32901

MELBOURNE, FL. 32901

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Order Statement, which will reflect that the Customer has agreed to purchase the Products identified on the Statement and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Statement for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Rebate Qualification.** If the Customer uses Three (_3_) or more Products in a given month, he or she will qualify for a rebate of **46**% of the invoice price on all Products used for that month. Eligibility for the rebate each month will be calculated at the end of the month and, if the Customer is eligible for a rebate for that month, the amount of the rebate will be applied to the Customer's account as a rebate credit on the monthly invoice. Customer agrees to fully and accurately report all amounts paid and rebates earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Legacy Medical Consultants related to this Agreement and the amounts paid and rebates earned hereunder to representatives of these programs and other third-party payers upon their request.

LMC_FRA Rev1.0 7.21

APP_0082



**Fulfillment / Rebate Agreement**

6. **Invoices & Payment.** At the end of each month, Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered in the preceding month and the Customer's outstanding balance, which shall reflect the Invoice Price of the Products ordered and not yet paid by the Customer, as well as any rebates that the Customer has earned as of the date of the invoice, and any other charges or credits on the Customer's account to date. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within fourty five (45)days of the date of the Invoice. Customer agrees to provide Credit Card Authorization for payment of all invoices.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

Legacy Medical Consultants

_Janna Murphy (Jul 25, 2022 14:15 CDT)_

By: Janna Murphy

Customer

By: CRISTI LEEBERG

# Practitioners in Motion --Leeberg -- Apex Medical (Longwood)

Final Audit Report                                    2022-07-25

| | |
|---|---|
| Created: | 2022-07-25 |
| By: | Cameron Barlow (cameron@legacymedicalconsultants.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASlHivMsbX-vFHBnr3QkoyxC4dwUM9I_n |

## "Practitioners in Motion --Leeberg -- Apex Medical (Longwood)" History

Document created by Cameron Barlow (cameron@legacymedicalconsultants.com)
2022-07-25 - 7:04:29 PM GMT

Document emailed to janna@legacymedicalconsultants.com for signature
2022-07-25 - 7:05:06 PM GMT

Email viewed by janna@legacymedicalconsultants.com
2022-07-25 - 7:15:00 PM GMT

Signer janna@legacymedicalconsultants.com entered name at signing as Janna Murphy
2022-07-25 - 7:15:32 PM GMT

Document e-signed by Janna Murphy (janna@legacymedicalconsultants.com)
Signature Date: 2022-07-25 - 7:15:34 PM GMT - Time Source: server

Agreement completed.
2022-07-25 - 7:15:34 PM GMT

Adobe Acrobat Sign

APP_0084

# EXHIBIT 2-B



**LEGACY MEDICAL**
CONSULTANTS

# Customer Onboarding Document

| | |
|---|---|
| Distributor: | Apex medical |
| Name: | Rick Logwood |
| Email: | rick@apexmdcl.com |
| Cell: | 702-285-0587 |

## Customer Information

PROVIDER NAME: Cristi Leeberg          Tax ID #: 47-3793140

PRACTICE NAME: Practitioners In Motion

SHIP TO ADDRESS: 1900 South Harbor    City Melbourne   State FL   Zip 329d
City Blvd #3 #225

CONTACT NAME: _____

CONTACT PHONE: 321-216-2288

TELEPHONE: 321 216 2288

FAX: 321 216 2255

EMAIL: Practitionersinmotion@gmail.com

HOW DO YOU BILL?    Individual NPI #: _____    Group NPI #: 1447637582

BILL TO ADDRESS: _____ City _____ State ___ Zip _____

AP CONTACT NAME: _____

AP PHONE: _____

AP EMAIL: _____

---

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME: Cristi Leeberg    EMAIL: Practitionersinmotion@gmcil.com    TELEPHONE: 3212162288

---

**Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com**



**LEGACY MEDICAL**
C O N S U L T A N T S

# Purchase Agreement

April 1st, 2023 (CCB)

This Purchase Agreement (the "Agreement") is entered into as of this 15 day of Mey, 2023 (the "Effective Date") between Legacy Medical Consultants and

Provider Name: PIM / CNSdi Jeeby

Office Address: 1900 S Harbor City blvd #225
Meb FL 32901

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1.  **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2.  **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3.  **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4.  **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5.  **Purchase Price.** See Schedule A

6.  **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within forty-five (45) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7.  **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

APP_0086



# Purchase Agreement

Executed as of the Effective Date.

**Legacy Medical Consultants**

Staff Signature: *Cameron Barlow*

Staff Name (printed): Cameron Barlow

**Customer**

Customer Signature: _____

Customer Name (printed): Cash Leebong

APP_0087



# Purchase Agreement

*5/19/2023: 40% discount; confirmed with Brian Fitzpatrick via phone. (CCB)*

## Schedule A

### Products and Prices

|  | Part Number | Description | Invoice Price |
|---|---|---|---|
| **ZENITH MEMBRANE** | ZNG-0202 | Zenith 2x2cm (Q4253) | $1,475.52 |
| | ZNG-0203 | Zenith 2x3cm (Q4253) | $2,213.28 |
| | ZNG-0404 | Zenith 4x4cm (Q4253) | $5,902.08 |
| | ZNG-0406 | Zenith 4x6cm (Q4253) | $8,853.12 |
| | ZNG-0408 | Zenith 4x8cm (Q4253) | $11,804.16 |

LMC_COD Rev 4.01.2023
Page 4 | 4

APP_0088

# EXHIBIT 2-C

**LEGACY MEDICAL**
C O N S U L T A N T S

**Customer Onboarding Document**

**Customer Information**

Distributor: APEX MEDICAL
Name: RICK LOGWOOD
Email: RICK@APEXMDCL.COM
Cell: (702) 285-0587

PROVIDER NAME: CRISTI LEEBERG AAPRN        TAX ID#:

PRACTICE NAME: PRACTITIONERS IN MOTION

SHIP TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. # 32901  MELBOURNE, FL. 32901

CONTACT NAME: GIDGETTE

CONTACT PHONE: (321) 216-2288

TELEPHONE: (321) 216-2288

FAX:

EMAIL: PRACTITIONERSINMOTION@GMAIL.COM

HOW DO YOU BILL?    Group NPI #: 1447637582        Individual NPI #:

BILL TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. # 32901  MELBOURNE FL. 32901

AP CONTACT NAME: CRISTI LEEBERG AAPRN

AP PHONE: (321) 216-2288

AP EMAIL: PRACTIONERSINMOTION@GMAIL.COM

**CLAIMS PROCESSOR INFORMATION**

APP_0089

CONTACT NAME:        EMAIL:        TELEPHONE:

Fax Form to: 1.866.300.0431 or email to: customerservice@legacymedicalconsultants.com

LMC_COD Rev1.07.21

# Purchase Agreement

# LEGACY MEDICAL
## C O N S U L T A N T S

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this <u>27</u> day of <u>sept</u>, 20<u>23</u> (the "Effective Date") between Legacy Medical Consultants and

Provider Name:      cristi leeberg

Office Address:      1900 south harbor city blvd #232 Melbourne fl 32901

("Customer").

## Background

The Customer wishes to purchase and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1.  **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2.  **Insurance Verification. In order to facilitate a consistent approach to reimbursement,** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3.  **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4.  **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5.  **Purchase Price.** See Schedule A.

6.  **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty  (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal ( **https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7.  **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

APP_0090

# Purchase Agreement

LEGACY MEDICAL
C O N S U L T A N T S

Executed as of the Effective Date.

Legacy Medical Consultants

DocuSigned by:

*Cameron Barlow*

Signer Name: Cameron Barlow
Signing Reason: I approve this document
Signing Time: 9/27/2023 | 1:34:47 PM PDT

By: Cameron Barlow

7D5805C5A4EC40FE9A9B7CDA03A01A6E

Customer

DocuSigned by:

*Cristi Leeberg*

Signer Name: Cristi Leeberg
Signing Reason: I approve this document
Signing Time: 9/27/2023 | 9:07:04 AM PDT

By: Cristi Leeberg

81DD178B1C9D48FD98B7B25FC661C551

LMC_FRA Rev1.0 7.21

APP_0091

# Schedule A

**Products and Prices**

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **InnovaMatrix AC** | IMX-0202-01 | InnovaMatrix AC 2x2cm (A2001) | $2,266.00 |
| | IMX-0404-01 | InnovaMatrix AC 4x4cm (A2001) | $9,064.00 |
| | IMX-0406-01 | InnovaMatrix AC 4x6cm (A2001) | $13,596.00 |
| | IMX-0505-01 | InnovaMatrix AC 5x5cm (A2001) | $14,162.50 |
| | | | |

APP_0092

# EXHIBIT 2-D

**Customer Onboarding Document**

## LEGACY MEDICAL
CONSULTANTS

**Customer Information**

Distributor: APEX MEDICAL
Name: RICK LOGWOOD
Email: RICK@APEXMDCL.COM
Cell: (702) 285-0587

PROVIDER NAME: CRISTI LEEBERG AAPRN          TAX ID#:

PRACTICE NAME: PRACTITIONERS IN MOTION

SHIP TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE, FL. 32901

CONTACT NAME: GIDGETTE

CONTACT PHONE: (321) 216-2288

TELEPHONE: (321) 216-2288

FAX:

EMAIL: PRACTITIONERSINMOTION@GMAIL.COM

HOW DO YOU BILL?    Group NPI #: 1447637582          Individual NPI #:

BILL TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE FL. 32901

AP CONTACT NAME: CRISTI LEEBERG AAPRN

AP PHONE: (321) 216-2288

AP EMAIL: PRACTIONERSINMOTION@GMAIL.COM

### CLAIMS PROCESSOR INFORMATION

APP_0093

CONTACT NAME:          EMAIL:          TELEPHONE:

Fax Form to: 1.866.300.0431 or email to: customerservice@legacymedicalconsultants.com

LMC_COD Rev1.0 7.21

# Purchase Agreement

# LEGACY MEDICAL
CONSULTANTS

This Rebate Fulfillment Agreement (the "Agreement") is entered into as of this __27__ day of __september__, 20 _20_ (the "Effective Date") between Legacy Medical Consultants and

Provider Name:     cristi leeberg

Office Address:    1900 South harbor city blvd #232 Melbourne FL 32901

("Customer").

## Background

The Customer wishes to purchase and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification. In order to facilitate a consistent approach to reimbursement,** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A.

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped. Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

APP_0094

LMC_FRA Rev1.0 7.21

# Purchase Agreement

**LEGACY MEDICAL**
C O N S U L T A N T S

Executed as of the Effective Date.

Legacy Medical Consultants

DocuSigned by:

*Cameron Barlow*

Signer Name: Cameron Barlow
Signing Reason: I approve this document
Signing Time: 9/27/2023 | 1:30:11 PM PDT
By: Cameron Barlow
7D5805C5A4EC40FE9A9B7CDA03A01A6E

Customer

DocuSigned by:

*Cristi Leeberg*

Signer Name: Cristi Leeberg
Signing Reason: I approve this document
Signing Time: 9/27/2023 | 9:04:46 AM PDT
By: Cristi Leeberg
81DD178B1C9D48FD98B7B25FC661C551

LMC_FRA Rev1.0 7.21

APP_0095

# Schedule A

**Products and Prices**

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **PalinGen** | PM-020202 | PalinGen 2x2cm (Q4173) | $808.39 |
| | PM-020203 | PalinGen 2x3cm (Q4173) | $1212.59 |
| | PM-020404 | PalinGen 4x4cm (Q4173) | $3,233.56 |
| | PM-020406 | PalinGen 4x6cm (Q4173) | $4,850.24 |
| | PM-020408 | PalinGen 4x8cm (Q4173) | $6,467.12 |

APP_0096

# EXHIBIT 2-E

# LEGACY MEDICAL
## C O N S U L T A N T S

**Customer Onboarding Document**

**Customer Information**

| | |
|---|---|
| Distributor: | APEX MEDICAL |
| Name: | RICK LOGWOOD |
| Email: | RICK@APEXMDCL.COM |
| Cell: | (702) 285-0587 |

PROVIDER NAME: CRISTI LEEBERG AAPRN        TAX ID#:

PRACTICE NAME: PRACTITIONERS IN MOTION

SHIP TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE, FL. 32901

CONTACT NAME: GIDGETTE

CONTACT PHONE: (321) 216-2288

TELEPHONE: (321) 216-2288

FAX:

EMAIL: PRACTITIONERSINMOTION@GMAIL.COM

HOW DO YOU BILL?    Group NPI #: 1447637582        Individual NPI #:

BILL TO ADDRESS: 1900 SOUTH HARBOR CITY BLVD. 32901 # MELBOURNE FL. 32901

AP CONTACT NAME: CRISTI LEEBERG AAPRN

AP PHONE: (321) 216-2288

AP EMAIL: PRACTIONERSINMOTION@GMAIL.COM

### CLAIMS PROCESSOR INFORMATION

APP_0097

| CONTACT NAME: | EMAIL: | TELEPHONE: |
|---|---|---|

Fax Form to: 1.866.300.0431 or email to: customerservice@legacymedicalconsultants.com

LMC_COD Rev1.0 7.21



**Purchase Agreement**

This Purchase Agreement (the "Agreement") is entered into as of this __7__ day of __nivember2023__, 20__23__ (the "Effective Date") between Legacy Medical Consultants and

Provider Name: ___Cristi Leeberg_____

Office Address: ___1900 s harbor city blvd #232 Melbourne fl 32901___

_____

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the  LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

APP_0098

**Purchase Agreement**

Executed as of the Effective Date.

**Legacy Medical Consultants**

Staff Signature: _DocuSigned by:_
*Cameron Barlow*

Signer Name: Cameron Barlow
Signing Reason: I approve this document
Staff Name (printed): Signing Time: 11/8/2023 | 2:20:25 PM PST
7D5805C5A4EC40FE9A9B7CDA03A01A6E

**Customer**

Customer Signature: _DocuSigned by:_
*Cristi Leeberg*

Signer Name: Cristi Leeberg
Signing Reason: I have reviewed this document
Customer Name (printed): Signing Time: 11/7/2023 | 7:41:13 PM PST
B0C7C25C27DF4A05A14C5FF56FAF98EC

APP_0099



# Schedule A
## Effective 10/1/2023

### Legacy Medical Consultants, LP -- Products and Prices

| | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $2,213.90 |
| | IMP-0203 | Impax 2x3cm (Q4262) | $3,320.86 |
| | IMP-0404 | Impax 4x4cm (Q4262) | $8,855.62 |
| | IMP-0406 | Impax 4x6cm (Q4262) | $13,283.42 |
| | IMP-0408 | Impax 4x8cm (Q4262) | $17,711.23 |

APP_0100