# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| *Plaintiff,* | § § § | No. 4:25-cv-00319-P |
| v. | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § § | |
| *Defendant.* | § | |

### DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S REQUESTS FOR ADMISSION

Defendant, CRISTI LEEBERG ("Defendant"), by and through undersigned counsel, hereby serves these Responses to Plaintiff's, LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC's ("Plaintiff") Requests for Admission.

### RESPONSES TO REQUESTS FOR ADMISSION

1.      Admit that Cristi Leeberg owns and operates a business known as Practitioners in Motion, PLLC.

**ANSWER**: Admitted.

2.      Admit that Cristi Leeberg executed a contract with Legacy on July 25, 2022 ("Original Agreement").

**ANSWER**: Admitted.

3.      Admit that the parties to the Original Agreement were Cristi Leeberg and Legacy.

**ANSWER**: Admitted.

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

4.      Admit that under the terms of the Original Agreement, Cristi Leeberg was required to pay for all human tissue products received within forty-five (45) days of the date of the invoice.

**ANSWER**: Objection. This request calls for Defendant, Cristi Leeberg to interpret the terms of the Original Agreement, which requires Defendant to reach a legal conclusion which she is not qualified to make.

5.      Admit that Cristi Leeberg executed a contract with Legacy on April 1, 2023, for Zenith Membrane ("Zenith Agreement").

**ANSWER**: Denied as phrased.

6.      Admit that under the terms of the Zenith Agreement, Cristi Leeberg was required to pay for all human tissue products received within forty-five (45) days after product shipment.

**ANSWER**: Objection. This request calls for Defendant, Cristi Leeberg to interpret the terms of the Original Agreement, which requires Defendant to reach a legal conclusion which she is not qualified to make.

7.      Admit that Cristi Leeberg executed a contract with Legacy on September 27, 2023, for InnovaMatrix AC ("InnovaMatrix Agreement").

**ANSWER**: Admitted.

8.      Admit that the parties to the InnovaMatrix Agreement were Cristi Leeberg and Legacy.

**ANSWER**: Admitted.

9.      Admit that under the terms of the InnovaMatrix Agreement, Cristi Leeberg was required to pay for all human tissue products received within sixty (60) days after product shipment.

**ANSWER**: Objection. This request calls for Defendant, Cristi Leeberg to interpret the terms of the Original Agreement, which requires Defendant to reach a legal conclusion which she is not qualified to make.

10.      Admit that Cristi Leeberg executed a contract with Legacy on September 27, 2023, for PalinGen ("PalinGen Agreement").

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

**ANSWER**: Admitted.

11.    Admit that the parties to the PalinGen Agreement were Cristi Leeberg and Legacy.

**ANSWER**: Admitted.

12.    Admit that under the terms of the PalinGen Agreement, Cristi Leeberg was required to pay for all human tissue products received within sixty (60) days after product shipment.

**ANSWER**: Objection. This request calls for Defendant, Cristi Leeberg to interpret the terms of the Original Agreement, which requires Defendant to reach a legal conclusion which she is not qualified to make.

13.    Admit that Cristi Leeberg executed a contract with Legacy on November 7, 2023, for Impax Membrane ("Impax Agreement").

**ANSWER**: Admitted.

14.    Admit that the parties to the Impax Agreement were Cristi Leeberg and Legacy.

**ANSWER**: Admitted.

15.    Admit that under the terms of the Impax Agreement, Cristi Leeberg was required to pay for all human tissue products received within sixty (60) days after product shipment.

**ANSWER**: Objection. This request calls for Defendant, Cristi Leeberg to interpret the terms of the Original Agreement, which requires Defendant to reach a legal conclusion which she is not qualified to make.

16.    Admit that Cristi Leeberg received all invoices reflected in Statement No. 14102 dated 01/23/2025.

**ANSWER**: Objection. This request is vague as reference to "Statement No. 14102" is not defined nor is such statement attached as an exhibit to Plaintiff's requests. Without more, Defendant is unable to provide a response.

17.    Admit that the invoices reflected in Statement No. 14102 truly and accurately represent the products ordered and received by Cristi Leeberg.

**ANSWER**: Objection. This request is vague as reference to "Statement No. 14102" is not defined nor is such statement attached as an exhibit to Plaintiff's requests. Without more, Defendant is unable to provide a response.

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

APP_0250

18.    Admit that Cristi Leeberg has not paid Legacy for products delivered by Legacy and received by Cristi Leeberg as reflected in Statement No. 14102.

**ANSWER**: Objection. This request is vague as reference to "Statement No. 14102" is not defined nor is such statement attached as an exhibit to Plaintiff's requests. Without more, Defendant is unable to provide a response.

19.    Admit that Legacy made a demand for payment on or about December 3, 2023.

**ANSWER**: Objection. This request is vague as reference to "demand for payment on or about December 3, 2023" is undefined and does not direct Defendant to any particular document(s) to review and ascertain a response to this request. Without more, Defendant is unable to provide a response.

20.    Admit that Cristi Leeberg received Legacy's demand for payment.

**ANSWER**: Objection. This request is vague as reference to "demand for payment on or about December 3, 2023" is undefined and does not direct Defendant to any particular document(s) to review and ascertain a response to this request. Without more, Defendant is unable to provide a response.

21.    Admit that Cristi Leeberg has not paid any monies in response to the December 3, 2023 demand letter.

**ANSWER**: Objection. This request is vague as reference to "demand for payment on or about December 3, 2023" is undefined and does not direct Defendant to any particular document(s) to review and ascertain a response to this request. Without more, Defendant is unable to provide a response.

Dated: September 8, 2025              Respectfully submitted,

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Pky, Suite 300
Dallas, Texas 75254
Telephone: (214) 395-5325

*/s/ Abel A. Leal*
**ABEL A. LEAL**
Texas Bar No. 24026989
E-mail: abel@leal.law
Telephone: (214) 395-5325

**ZARCO EINHORN SALKOWSKI, P.A.**
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

APP_0251

**ROBERT M. EINHORN** (seeking pro hac vice admission)
E-mail: reinhorn@zarcolaw.com
Secondary: imorfi@zarcolaw.com
**ALEC R. SHELOWITZ** (seeking pro hac vice admission)
Email: ashelowitz@zarcolaw.com
Secondary: agarcia@zarcolaw.com

**ATTORNEYS FOR CRISTI LEEBERG**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2025, the foregoing was served via electronic mail upon:

**BLANK ROME, LLP**
200 Crescent Ct #1000
Dallas, Texas 75201
717 Texas Avenue, Suite 1400 Houston, Texas 77002-2727
Audrey F. Momanaee (audrey.momanaee@blankrome.com)
Gregory J. Moore (greg.moore@blankrome.com)
Christopher McNeill (chris.mcneill@blankrome.com)
**ATTORNEYS FOR LEGACY MEDICAL CONSULTANTS, L.P.**

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

APP_0252