# EXHIBIT 14

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,** | § § § § | |
| *Defendant.* | § § § | |
| and | § § | **No. 4:25-cv-00319-P** |
| **CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,** | § § § | |
| *Counter-Plaintiff,* | § § | |
| v. | § § | |
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § § | |
| *Counter- Defendant.* | § § | |

**DECLARATION OF MEGAN A. ALTOBELLI IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

1.      My name is Megan A. Altobelli. I am over 18 years of age, of sound mind, and capable of making this declaration. I have personal knowledge of the facts set forth herein and the facts are true and correct. I submit this declaration pursuant to 28 U.S.C. §1746.

2.      I am an attorney with the law firm Blank Rome LLP and, along with Greg J. Moore and Audrey F. Momanaee, I represent Plaintiff Legacy Medical Consultants, LP, Successor in Interest to Legacy Medical Consultants, LLC.

3.      Attached as Exhibit 7 is a true, accurate, and correct copy of the Medicare Program Integrity Manual that can be found at https://www.cms.gov/regulations-and-guidance/guidance/manuals/downloads/pim83exhibitspdf.pdf.

4.      Attached as Exhibit 8 is a true, accurate, and correct copy of the CMS 1500 Form used in the deposition of Cristi Leeberg marked as Exhibit 12 in her deposition transcript.

5.      Attached as Exhibit 9 is a true, accurate, and correct copy of the Medicare Denial Letters produced by Defendant in this lawsuit bates-labeled LEEBERG0001595, 0001613, 0001621, and 0001629.

6.      Attached as Exhibit 10 is a true, accurate, and correct copy of the LCD, Application of Skin Substitute Grafts for Treatment of DFU and VLU of Lower Extremities that can be found at https://www.cms.gov/medicare-coverage-database/view/lcd.aspx?lcdid=36377&ver=7&

7.      Attached as Exhibit 12 is a true, accurate, and correct copy of Defendants' Responses and Objections to Plaintiff's Request for Admission served in this lawsuit.

Under 28 U.S.C. §1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 2, 2026.

/s/ Megan A. Altobelli
**Megan A. Altobelli**