# EXHIBIT 15

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | §§§§ | |
| **Plaintiff,** | §§ | **No. 4:25-cv-00319-P** |
| **v.** | §§ | |
| **CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,** | §§§ | |
| **Defendant.** | § | |

<u>**DECLARATION OF KIMBERLY R. BINI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**</u>

I, Kimberly R. Bini, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18, am legally and mentally competent, and am capable of making this declaration on behalf of Legacy Medical Consultants, LP ("Legacy"). The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am the Director of Credit and Collections at Legacy. In that capacity, I routinely review invoices, agreements, and payment records. As Director of Credit and Collections at Legacy, I gained personal knowledge about the documents identified below.

3. In connection with my duties at Legacy, I am custodian of records for Legacy. Specifically, the records I identify in this declaration are kept by Legacy in the regular course of business. The records were made by a person with knowledge of the act, event, condition or opinion recorded. The records were made at or near the time, or reasonably soon after, the act, event, condition or opinion was made. The records identified in this affidavit are the originals or are exact duplicates of the originals.

1

4.      Attached as Exhibit 4 is a true, accurate, and correct copy of Legacy's Patient Insurance Verification and Prior Authorization Request Form.

5.      Attached as Exhibit 6 is a true, accurate, and correct copy of Practitioners in Motion's Statement of Account reflecting a past due balance of $7,335,930.32.

6.      Attached as Exhibit 11 is a true, accurate, and correct copy of the Agency Commission Agreement between Legacy and Apex Medical.

Under 28 U.S.C. §1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this date: February 2, 2026.

KIMBERLY R. BINI
Director of Credit and Collections
Legacy Medical Consultants, LP

2

167037.00042/154055731v.1
167037.00042/156844314v.4