# EXHIBIT 16

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| Plaintiff, | § § | No. 4:25-cv-00319-P |
| v. | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § § | |
| Defendant. | § | |

**DECLARATION OF CHARLOTTE L. KOHLER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Charlotte L. Kohler, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18, am legally and mentally competent, and am capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am the President of Kohler HealthCare Consulting, Inc. I have over 40 years of healthcare industry experience that includes both clinical background and extensive experience in healthcare finance, billing, coding, operations, and compliance matters.

3. Attached as Exhibit 3 is a true, accurate, and correct copy of my expert report that summarizes my findings and opinions and the reasons for them as they relate to the responsibilities of Ms. Leeberg from July 2023 through June 2024 regarding reimbursement from Medicare for Legacy skin graft products.

Under 28 U.S.C. §1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this date: February 2, 2026

1

CHARLOTTE L. KOHLER
President
Kohler Healthcare Consulting, Inc.

2