UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 4:25-cv-00319-P |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| Defendant. | § § | |
| and | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| Counter-Plaintiff, | § § | |
| v. | § § | |
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| Counter- Defendant. | § § | |

<u>APPENDIX IN SUPPORT OF CRISTI LEEBERG'S MOTION TO STRIKE
EXPERT REPORT AND TESTIMONY OF CHARLOTTE L. KOHLER</u>

Defendant/Counter-Plaintiff, Cristi Leeberg submits this appendix in support of her Motion

to Strike Expert Report and Testimony of Charlotte L. Kohler in accordance with Local Rule 7.1(i).

The contents of the appendix are as follows:

1

| Exhibit | Document | Appendix Page |
|---------|----------|---------------|
| **Exhibit 1** | **E-mails from Nicholas C. Guth to Alec R. Shelowitz and Robert Einhorn dated September 19, 2025 and January 2, 2026** | **App_0001 - 0002** |
| **Exhibit 2** | **Expert Report of Charlotte L. Kohler, [RN], CPA, CVA, CRCE, CPC, CPCO, CEMC dated January 1, 2026** | **App_0003 - 0034** |

Dated: February 17, 2026

Respectfully submitted,

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Pky, Suite 300
Dallas, Texas 75254
Telephone: (214) 395-5325

/s/ Abel A. Leal
**ABEL A. LEAL**
Texas Bar No. 24026989
E-mail: abel@leal.law
Telephone: (214) 395-5325

/s/ Alec R. Shelowitz
**ZARCO EINHORN SALKOWSKI, P.A.**
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
**ROBERT M. EINHORN** (*application for admission to NDTX pending*)
**FL Bar No.:**
E-mail: reinhorn@zarcolaw.com
Secondary: imorfi@zarcolaw.com
**ALEC R. SHELOWITZ** (*admitted pro hac vice*)
**FL Bar No.: 1010127**
Email: ashelowitz@zarcolaw.com
Secondary: agarcia@zarcolaw.com

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF, CRISTI LEEBERG**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was served upon the below identified counsel of record through the Court's CM/ECF electronic filing system:

**BLANK ROME, LLP**
200 Crescent Ct #1000
Dallas, Texas 75201
717 Texas Avenue, Suite 1400 Houston, Texas 77002-2727
Audrey F. Momanaee (audrey.momanaee@blankrome.com)
Gregory J. Moore (greg.moore@blankrome.com)
Christopher McNeill (chris.mcneill@blankrome.com)
**ATTORNEYS FOR LEGACY MEDICAL
CONSULTANTS, L.P.**

By: _s/ Alec R. Shelowitz_
**Alec R. Shelowitz**

3