# EXHIBIT 1

| | |
|---|---|
| **From:** | Guth, Nicholas |
| **To:** | Alec Shelowitz; Robert Einhorn |
| **Cc:** | Harbist, Nicholas; Zwillenberg, Naomi; Altobelli, Megan; Stone, Yaffa D. |
| **Subject:** | RE: 4:25-cv-00319-P Legacy v. Leeberg \| Expert Designation |
| **Date:** | Friday, January 2, 2026 3:52:54 PM |
| **Attachments:** | 2026.01.01 Legacy Expert Report.pdf |

**Updated Recipients | Kept Known Counsel of Record**

Alec,

Please find attached Charolette Kohler's report along with her credentials.

Respectfully,

**Nicholas C. Guth** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5708 | mobile: +1.445.800.9401
nicholas.guth@blankrome.com | bio

---

**From:** Guth, Nicholas
**Sent:** Friday, September 19, 2025 3:58 PM
**To:** Alec Shelowitz <ashelowitz@zarcolaw.com>; Ana Garcia <agarcia@zarcolaw.com>; Robert Einhorn <reinhorn@zarcolaw.com>; Abel Leal <abel@leal.law>; Lauren Rasco <lrasco@zarcolaw.com>; Ingrid Morfi <imorfi@zarcolaw.com>
**Cc:** Harbist, Nicholas <nicholas.harbist@blankrome.com>; Zwillenberg, Naomi <naomi.zwillenberg@blankrome.com>; Moore, Greg <Greg.Moore@BlankRome.com>; Altobelli, Megan <Megan.Altobelli@blankrome.com>; Stone, Yaffa D. <Yaffa.Stone@BlankRome.com>
**Subject:** 4:25-cv-00319-P Legacy v. Leeberg | Expert Designation

Counsel,

Please be advised that Legacy will be designating Kohler Healthcare Consulting as an expert in general Medicare reimbursement rules and procedures.

Thank you.

Respectfully,

**Nicholas C. Guth** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
+1 (215) 569-5708 | nicholas.guth@blankrome.com

*************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

App_0002