UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | No. 4:25-cv-00319-P |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § § | |
| **Defendant.** | § § | |
| **and** | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| *Counter-Plaintiff,* | § § | |
| **v.** | § § | |
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| *Counter- Defendant.* | § § | |

**CRISTI LEEBERG'S RESPONSE TO LEGACY MEDICAL CONSULTANTS, LP'S MOTION FOR SUMMARY JUDGMENT**

Defendant/Counter-Plaintiff, CRISTI LEEBERG d/b/a PRACTIONERS IN MOTION, PLLC ("Leeberg"), by and through undersigned counsel and pursuant to Northern District of Texas Local Rule 56.4(a), hereby submits her Response to Plaintiff/Counter-Defendant, LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC's ("Legacy"), Motion for Summary Judgment [ECF 46]. This Response

- 1 -

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

summarizes the reasons why Legacy fails to establish entitlement to summary judgment upon its breach of contract claim and upon each of Leeberg's counterclaims. In support, Leeberg submits her Brief in Support and Appendix herewith.

### <u>SUMMARY PURSUANT TO LOCAL RULE 56.4</u>

Leeberg opposes Legacy's Motion for Summary Judgment as to its breach of contract claim because Legacy fails to overcome Leeberg's affirmative defenses that its apparent agent's "no payment" oral representations were valid and enforceable under the Agreements and applicable law. Leeberg establishes Legacy's agent—Rick Logwood—possessed apparent authority to bind Legacy to that oral agreement, thereby excusing Leeberg's purported breach. Leeberg justifiably relied upon those representations to her detriment. Further, the Agreements' integration clauses lack "disclaimer of reliance" language which precludes such provisions from barring Leeberg's reliance upon Logwood's repeated representations.

Further, Leeberg opposes Legacy's Motion as to her Counterclaims because genuine issues of material exist surrounding whether Legacy's products were non-conforming as well as whether Legacy is the direct and proximate cause of Leeberg's damages—given that the Medicare decisions upon which Legacy heavily relies are non-final decisions. Finally, even if the Court were inclined to grant Legacy's Motion, Legacy fails to identify any provision of the Agreements or statutory authority which authorizes its recovery of prevailing party attorneys' fees and costs against Leeberg.

Leeberg's Brief in Support identifies the issues the remain in dispute, the facts in dispute and includes citations to applicable evidence and authority.

### <u>PRAYER</u>

As demonstrated in her Brief, Leeberg respectfully requests that the Court deny Legacy's

Motion for Summary Judgment as to Legacy's breach of contract claim and Leeberg's Counterclaims. Alternatively, if the Court is inclined to grant any portion of Legacy's Motion, that the Court deny Legacy's prayer for prevailing party attorneys' fees and costs.

Dated: February 23, 2026.                Respectfully submitted,

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Pky, Suite 300
Dallas, Texas 75254
Telephone: (214) 395-5325

**ABEL A. LEAL**
Texas Bar No. 24026989
E-mail: abel@leal.law
Telephone: (214) 395-5325

*/s/ Alec R. Shelowitz*
**ZARCO EINHORN SALKOWSKI, P.A.**
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
**ROBERT M. EINHORN** (*seeking admission to NDTX*)
E-mail: reinhorn@zarcolaw.com
Secondary: imorfi@zarcolaw.com
**ALEC R. SHELOWITZ** (*admitted pro hac vice*)
Email: ashelowitz@zarcolaw.com
Secondary: agarcia@zarcolaw.com

**ATTORNEYS FOR CRISTI LEEBERG**

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was served upon the below identified counsel of record through the Court's CM/ECF electronic filing system:

**BLANK ROME, LLP**
200 Crescent Ct #1000
Dallas, Texas 75201
717 Texas Avenue, Suite 1400 Houston, Texas 77002-2727
Audrey F. Momanaee (audrey.momanaee@blankrome.com)
Gregory J. Moore (greg.moore@blankrome.com)
Christopher McNeill (chris.mcneill@blankrome.com)
**ATTORNEYS FOR LEGACY MEDICAL
CONSULTANTS, L.P.**

By: *s/ Alec R. Shelowitz*
**Alec R. Shelowitz**

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428