UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 4:25-cv-00319-P |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| Defendant. | § § | |
| and | § § | |
| CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, | § § § | |
| Counter-Plaintiff, | § § | |
| v. | § § | |
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, | § § § § | |
| Counter- Defendant. | § § | |

**APPENDIX IN SUPPORT OF CRISTI LEEBERG'S BRIEF IN OPPOSITION TO LEGACY MEDICAL CONSULTANTS, LP'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT [ECF 46]**

Defendant/Counter-Plaintiff, Cristi Leeberg submits this appendix in support of her Brief in Opposition to Plaintiff/Counter-Defendant, Legacy Medical Consultants, LP's Brief in Support of its Motion for Summary Judgment [ECF 47], in accordance with Northern District of Texas Local Rule 56.6. The contents of the appendix are as follows:

1

| Exhibit | Document | Appendix Page |
|---|---|---|
| A | Transcript of Deposition of Cristi Leeberg | Appx_0001 - 0018 |
| B | Transcript of Deposition of Kimberly Bini | Appx_0019 - 0024 |
| C | Fulfillment / Rebate Agreement dated July 25, 2022 [ECF 21-1] | Appx_0025 - 0026 |
| D | Purchase Agreement dated April 1, 2023 [ECF 21-2] | Appx_0027 - 0029 |
| E | Purchase Agreement dated November 7, 2023 [ECF 21-3] | Appx_0030 - 0032 |
| F | Original IMPAX Amniotic Membrane Information for Use [ECF 21-4] | Appx_0033 - 0034 |
| G | Legacy Invoice Dated April 14, 2023 to Leeberg [LMC-Leeberg_000834] | Appx_0035 |
| H | Email Chain Between Cristi Leeberg and Rick Logwood dated March 23, 2023 [LEEBERG0000011-16] | Appx_0036 - 0041 |
| I | Apex Insurance Verification Form [LEEBERG0001751] | Appx_0042 |
| J | Medicare Bleeds Billions on Pricey Bandages, and Doctors Get a Cut – The New York Times, dated April 10, 2025 [LEEBERG0004482-4495] | Appx_0043 - 0056 |
| K | Medicare Appeals Decision dated September 15, 2025 [LEEBERG0003319-3330]. | Appx_0057 - 0068 |
| L | Updated IMPAX Amniotic Tissue Allograft Instruction for Use [LEEBERG0004478-4479] | Appx_0069 - 0070 |
| M | Zenith Amniotic™ Membrane Instruction for Use [LEEBERG0004480-4481] | Appx_0071 - 0072 |
| N | Declaration of Alec R. Shelowitz Dated February 23, 2026 | Appx_0073 - 0074 |

ZARCO EINHORN SALKOWSKI, P.A.
ONE BISCAYNE TOWER │ 2 S. BISCAYNE BLVD., 34TH FLOOR │ MIAMI, FLORIDA 33131 │ T: (305) 374-5418 │ F: (305) 374-5428

Dated: February 23, 2026                    Respectfully submitted,

                                            **THE LEAL LAW FIRM, LLC**
14180 N Dallas Pky, Suite 300
Dallas, Texas 75254
Telephone: (214) 395-5325


**ABEL A. LEAL**
Texas Bar No. 24026989
E-mail: abel@leal.law
Telephone: (214) 395-5325

/s/ *Alec R. Shelowitz*
**ZARCO EINHORN SALKOWSKI, P.A.**
2 S. Biscayne Blvd., Suite 3400
Miami, Florida 33131
**ROBERT M. EINHORN** (*application for admission to NDTX pending*)
**FL Bar No.:**
E-mail: reinhorn@zarcolaw.com
Secondary: imorfi@zarcolaw.com
**ALEC R. SHELOWITZ** (*admitted pro hac vice*)
**FL Bar No.: 1010127**
Email: ashelowitz@zarcolaw.com
Secondary: agarcia@zarcolaw.com

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF, CRISTI LEEBERG**

3

ZARCO EINHORN SALKOWSKI, P.A.
ONE BISCAYNE TOWER │ 2 S. BISCAYNE BLVD., 34TH FLOOR │ MIAMI, FLORIDA 33131 │ T: (305) 374-5418 │ F: (305) 374-5428

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this filing was served upon the below identified counsel of record through the Court's CM/ECF electronic filing system:

**BLANK ROME, LLP**
200 Crescent Ct #1000
Dallas, Texas 75201
717 Texas Avenue, Suite 1400 Houston, Texas 77002-2727
Audrey F. Momanaee (audrey.momanaee@blankrome.com)
Gregory J. Moore (greg.moore@blankrome.com)
Christopher McNeill (chris.mcneill@blankrome.com)
**ATTORNEYS FOR LEGACY MEDICAL CONSULTANTS, L.P.**

By: *s/ Alec R. Shelowitz*
      **Alec R. Shelowitz**

4