# EXHIBIT G

**Legacy Medical Consultants LP ("LMC")**

9800 Hillwood Pkwy, Suite 320
Fort Worth, TX 76177 - 1527
+1 8179611288
CustomerService@LegacyMedicalConsultants.com
www.LegacyMedicalConsultants.com



# INVOICE

| BILL TO | SHIP TO | SHIP DATE | 04/14/2023 | INVOICE | 25833 |
|---|---|---|---|---|---|
| Practitioners In Motion | Practitioners In Motion | SHIP VIA | Will Call | DATE | 04/14/2023 |
| ATTN: Cristi Leeberg 1900 S Harbor | ATTN: Cristi Leeberg 1900 S Harbor | DUE DATE | 05/29/2023 | TERMS | Net 45 |
| City Blvd Suite #225 | City Blvd Suite #225 | TRACKING# | 1Z515YA80154496256 | | |
| Melbourne, FL 32901 | Melbourne, FL 32901 | | | | |
| UNITED STATES | UNITED STATES | | | | |

SALES REP
RickLogwood

SO NOTE

| | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| ZNG-0406 | Zenith Amniotic Membrane 4x6cm Q4253; ExpDate: Jul 25, 2027; SN(s): PTT-22-1355-0009,PTT-22-1320-0018; | 2 | $8,853.12 | $17,706.24 |
| | BALANCE DUE | | | **$17,706.24** |

Appx_0035

CONFIDENTIAL

LMC-Leeberg_000834