# EXHIBIT H

**From:** Cristi Leeberg <cleeberg11@gmail.com>
**Sent:** Thu, 23 Mar 2023 19:29:18 -0400
**To:** Rick Logwood MD <rick@apexmdcl.com>
**Subject:** Re: Legacy Medical / CONFIDENTIAL: Unpaid Statement of Acct . . . See Attached

Thanks!

On Thu, Mar 23, 2023 at 19:28 Rick Logwood MD <rick@apexmdcl.com> wrote:

Hey Cristi,

That's crazy!

We have records of everything as well. We will be able to find out what transpired and get it rectified.

Sorry for the inconvenience but we have our ace in the hole Brian! I'll work with him to get it sorted out.

Kind Regards,

**Rick Logwood MD**
**Apex Medical**
23 Indian Run Way
Las Vegas, NV 89148
702.285.0587 Direct
702.446.9263 Fax
Rick@apexmdcl.com

**E-MAIL CONFIDENTIALITY NOTICE:**
**This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA). This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender of this message.**

On Mar 23, 2023, at 4:20 PM, Cristi Leeberg <cleeberg11@gmail.com> wrote:

Hey Guys!!  Happy Almost Friday.

So I am forwarding this to you because Legacy needs to figure this out.

Appx_0036
LEEBERG0000011

I got this invoice below and it is not correct. The first two look ok

Invoice numbers 8064, 8065, 8184, 8185, 8187

Have all been paid and I have emails to show paid. So I am not going to go through any more of these. But they need to get their records updated and give me an accurate invoice! It has that I have over 3,510,060 and this is definitely NOT correct.

See attached invoice statement nu 3929 .. the ones that I listed were all paid in september.

Cristi Leeberg

A Kut Above

Practitioners In Motion

---------- Forwarded message ---------
From: **Cristi Leeberg** <practitionersinmotion@gmail.com>
Date: Thu, Mar 23, 2023 at 7:13 PM
Subject: Fwd: Legacy Medical / CONFIDENTIAL: Unpaid Statement of Acct . . . See Attached
To: Cristi Leeberg <cleeberg11@gmail.com>

---------- Forwarded message ---------
From: **Legacy Medical Consultants LP ("LMC")** <quickbooks@notification.intuit.com>
Date: Thu, Mar 23, 2023 at 3:58 PM
Subject: Legacy Medical / CONFIDENTIAL: Unpaid Statement of Acct . . . See Attached
To: <PractitionersInMotion@gmail.com>, <Brian@apexmdcl.com>, <Rick@apexmdcl.com>

LEEBERG0000012

Below, and Attached, is your latest Unpaid Statement of Account.

Please remit payment for Past Due, Open / Unpaid Amounts, at your earliest opportunity.

If you have any questions, please contact your Legacy Medical Consultants (LMC) Sales Rep, LMC Customer Service, or me.

We appreciate your business.

Thank you for your attention to this important matter.

Janna Murphy
Director of Customer Service + Administration
Legacy Medical Consultants LP ("LMC")
Main: (817) 961-1288
CustomerService@LegacyMedicalConsultants.com

Glossary of Terms + FYIs re the Statement of Account (Below + Attached):

Date = Transaction Date / Product Shipment Date
Due = Pmt Due Date, pursuant to Contractual Pmt Terms
Amount = Original Invoice / Transaction Amount
Open Amount = Current Unpaid Balance relative to the Original Amount
Acct Aging Summary = Current (Not-Yet-Due) vs Past Due Balances

IMPORTANT WARNING . . . Please do not fall victim to malicious email financial fraud schemes. LMC will NEVER send you an email or text message asking you to redirect your payment to some other bank account. When in doubt, please call our office, at the phone number listed above (i.e., do NOT call any phone number that may come to you in an email asking / instructing you to redirect your payment).

```
------------------------------ Statement ------------------------------


9800 Hillwood Pkwy, Suite 320
Fort Worth, TX  76177-1527 US
+1 8179611288
www.LegacyMedicalConsultants.com

Statement #:  3929
Date:         03/23/2023

To:
Practitioners In Motion
Practitioners In Motion
1900 S Harbor City Blvd
Suite #225
Melbourne, Florida  32901 US


    Date                 Description              Amount      Open Amount
 07/25/2022 Invoice #8064: Due 09/08/2022.      2,280.00       2,280.00
```

Appx_0038
LEEBERG0000013

Case 4:25-cv-00319-P65 Document 52-8 Filed 02/23/26 Page 5 of 7 PageID 994

```
07/29/2022 Invoice #8184: Due 09/12/2022.      2,280.00      2,280.00
07/29/2022 Invoice #8185: Due 09/12/2022.     10,260.00      3,420.00
07/29/2022 Invoice #8187: Due 09/12/2022.     54,720.00     18,240.00
08/03/2022 Invoice #8305: Due 09/17/2022.     18,240.00      9,120.00
08/10/2022 Invoice #8512: Due 09/24/2022.      6,840.00      2,280.00
08/10/2022 Invoice #8513: Due 09/24/2022.     10,260.00      3,420.00
08/10/2022 Invoice #8514: Due 09/24/2022.      9,120.00      9,120.00
08/15/2022 Invoice #8738: Due 09/29/2022.     18,240.00      9,120.00
08/17/2022 Invoice #8769: Due 10/01/2022.     36,480.00     36,480.00
08/24/2022 Invoice #9012: Due 10/08/2022.      9,120.00      4,560.00
08/25/2022 Invoice #9069: Due 10/09/2022.     18,240.00     18,240.00
09/01/2022 Invoice #9321: Due 10/16/2022.     18,240.00     18,240.00
09/09/2022 Invoice #9726: Due 10/24/2022.     45,600.00     36,480.00
09/16/2022 Invoice #10077: Due 10/31/2022.    18,240.00     18,240.00
09/23/2022 Invoice #10402: Due 11/07/2022.    45,600.00     18,240.00
09/30/2022 Invoice #10716: Due 11/14/2022.    13,680.00      3,420.00
09/30/2022 Invoice #10717: Due 11/14/2022.     9,120.00      9,120.00
10/12/2022 Invoice #11359: Due 11/26/2022.     6,840.00      3,420.00
10/12/2022 Invoice #11360: Due 11/26/2022.    27,360.00      9,120.00
10/21/2022 Invoice #11875: Due 12/05/2022.     6,840.00      6,840.00
10/21/2022 Invoice #11876: Due 12/05/2022.    13,680.00     13,680.00
10/27/2022 Invoice #12206: Due 12/11/2022.    10,260.00      6,840.00
10/27/2022 Invoice #12208: Due 12/11/2022.    41,040.00     13,680.00
10/27/2022 Invoice #12209: Due 12/11/2022.    54,720.00     18,240.00
11/03/2022 Invoice #12670: Due 12/18/2022.    10,260.00     10,260.00
11/10/2022 Invoice #13072: Due 12/25/2022.    11,400.00      4,560.00
11/10/2022 Invoice #13073: Due 12/25/2022.    10,260.00      6,840.00
11/10/2022 Invoice #13074: Due 12/25/2022.    45,600.00     27,360.00
11/10/2022 Invoice #13076: Due 12/25/2022.    36,480.00     18,240.00
11/18/2022 Invoice #13791: Due 01/02/2023.    27,360.00     13,680.00
11/21/2022 Invoice #13974: Due 01/05/2023.    41,040.00     13,680.00
11/21/2022 Invoice #13975: Due 01/05/2023.    36,480.00     18,240.00
12/02/2022 Invoice #14779: Due 01/16/2023.     4,560.00      4,560.00
12/02/2022 Invoice #14781: Due 01/16/2023.    45,600.00     27,360.00
12/02/2022 Invoice #14783: Due 01/16/2023.    36,480.00     18,240.00
12/09/2022 Invoice #15336: Due 01/23/2023.     4,560.00      4,560.00
12/09/2022 Invoice #15337: Due 01/23/2023.     9,120.00      9,120.00
12/09/2022 Invoice #15338: Due 01/23/2023.    27,360.00     13,680.00
12/16/2022 Invoice #15904: Due 01/30/2023.     6,840.00      2,280.00
12/16/2022 Invoice #15905: Due 01/30/2023.    10,260.00     10,260.00
12/16/2022 Invoice #15906: Due 01/30/2023.    36,480.00     18,240.00
12/16/2022 Invoice #15907: Due 01/30/2023.    27,360.00     13,680.00
12/16/2022 Invoice #15908: Due 01/30/2023.    91,200.00     18,240.00
12/23/2022 Invoice #16452: Due 02/06/2023.    45,600.00     27,360.00
12/29/2022 Invoice #16707: Due 02/12/2023.     2,280.00      2,280.00
12/29/2022 Invoice #16709: Due 02/12/2023.    45,600.00     18,240.00
01/06/2023 Invoice #17209: Due 02/20/2023.     4,560.00      4,560.00
01/12/2023 Invoice #17574: Due 02/26/2023.     2,280.00      2,280.00
01/12/2023 Invoice #17575: Due 02/26/2023.    23,940.00     23,940.00
01/12/2023 Invoice #17576: Due 02/26/2023.    54,720.00     54,720.00
01/12/2023 Invoice #17577: Due 02/26/2023.   164,160.00    164,160.00
01/19/2023 Invoice #18061: Due 03/05/2023.     4,560.00      4,560.00
01/19/2023 Invoice #18062: Due 03/05/2023.     6,840.00      6,840.00
01/19/2023 Invoice #18063: Due 03/05/2023.    18,240.00     18,240.00
01/19/2023 Invoice #18064: Due 03/05/2023.    27,360.00     27,360.00
01/19/2023 Invoice #18065: Due 03/05/2023.   127,680.00    127,680.00
01/27/2023 Invoice #18678: Due 03/13/2023.    18,240.00     18,240.00
01/27/2023 Invoice #18679: Due 03/13/2023.    10,260.00     10,260.00
01/27/2023 Invoice #18680: Due 03/13/2023.    36,480.00     36,480.00
01/27/2023 Invoice #18681: Due 03/13/2023.   109,440.00    109,440.00
01/27/2023 Invoice #18682: Due 03/13/2023.   182,400.00    182,400.00
```

LEEBERG0000014

```
02/02/2023 Invoice #18955: Due 03/19/2023.          7,040.00          7,040.00
02/02/2023 Invoice #18956: Due 03/19/2023.          4,560.00          4,560.00
02/02/2023 Invoice #18957: Due 03/19/2023.          3,420.00          3,420.00
02/02/2023 Invoice #18958: Due 03/19/2023.         18,240.00         18,240.00
02/02/2023 Invoice #18960: Due 03/19/2023.         72,960.00         72,960.00
02/03/2023 Invoice #19205: Due 03/20/2023.          2,280.00          2,280.00
02/03/2023 Invoice #19206: Due 03/20/2023.         13,680.00         13,680.00
02/03/2023 Invoice #19207: Due 03/20/2023.         36,480.00         36,480.00
02/09/2023 Invoice #19653: Due 03/26/2023.          6,840.00          6,840.00
02/09/2023 Invoice #19654: Due 03/26/2023.          6,840.00          6,840.00
02/09/2023 Invoice #19655: Due 03/26/2023.         18,240.00         18,240.00
02/09/2023 Invoice #19656: Due 03/26/2023.         54,720.00         54,720.00
02/09/2023 Invoice #19657: Due 03/26/2023.         72,960.00         72,960.00
02/10/2023 Invoice #19769: Due 03/27/2023.          9,120.00          9,120.00
02/10/2023 Invoice #19770: Due 03/27/2023.         13,680.00         13,680.00
02/10/2023 Invoice #19771: Due 03/27/2023.         54,720.00         54,720.00
02/15/2023 Invoice #20002: Due 04/01/2023.          4,560.00          4,560.00
02/15/2023 Invoice #20003: Due 04/01/2023.          6,840.00          6,840.00
02/15/2023 Invoice #20004: Due 04/01/2023.         18,240.00         18,240.00
02/15/2023 Invoice #20005: Due 04/01/2023.         41,040.00         41,040.00
02/15/2023 Invoice #20006: Due 04/01/2023.        145,920.00        145,920.00
02/20/2023 Invoice #20419: Due 04/06/2023.         11,400.00         11,400.00
02/20/2023 Invoice #20420: Due 04/06/2023.          3,420.00          3,420.00
02/20/2023 Invoice #20421: Due 04/06/2023.          9,120.00          9,120.00
02/20/2023 Invoice #20422: Due 04/06/2023.         27,360.00         27,360.00
02/20/2023 Invoice #20423: Due 04/06/2023.         36,480.00         36,480.00
02/22/2023 Invoice #20625: Due 04/08/2023.          6,840.00          6,840.00
02/22/2023 Invoice #20626: Due 04/08/2023.          3,420.00          3,420.00
02/22/2023 Invoice #20627: Due 04/08/2023.          9,120.00          9,120.00
02/22/2023 Invoice #20628: Due 04/08/2023.         54,720.00         54,720.00
02/22/2023 Invoice #20629: Due 04/08/2023.        109,440.00        109,440.00
03/03/2023 Invoice #21492: Due 04/17/2023.         17,100.00         17,100.00
03/03/2023 Invoice #21493: Due 04/17/2023.        114,000.00        114,000.00
03/03/2023 Invoice #21494: Due 04/17/2023.        212,800.00        212,800.00
03/09/2023 Invoice #21955: Due 04/23/2023.         15,200.00         15,200.00
03/09/2023 Invoice #21956: Due 04/23/2023.         22,800.00         22,800.00
03/09/2023 Invoice #21957: Due 04/23/2023.         91,200.00         91,200.00
03/09/2023 Invoice #21958: Due 04/23/2023.        182,400.00        182,400.00
03/09/2023 Invoice #21959: Due 04/23/2023.        547,200.00        547,200.00


 Current Due   1-30 Days   31-60 Days   61-90 Days   90+ Days      Amount Due
$1,927,740.0 $979,260.00  $142,500.00  $152,760.00  $307,800.00   $3,510,060.00
```

--

**Practitioners in Motion, PLLC**

1900 S. Harbor City Blvd @232

 Melbourne, FL 32901

Phone: 321-216-2288

Fax: 321-216-2255

Appx_0040

LEEBERG0000015

This message contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required, please request a hard-copy version. Practitioners in Motion, PLLC 2263 W.New Haven Ave, #350, West Melbourne, Fl 32904

--

Cristi Leeberg

<Statement_3929_from_Legacy_Medical_Consultants_LP__LMC.pdf>

--

Cristi Leeberg