# EXHIBIT I



## INSURANCE VERIFICATION FORM

Please complete all the information above the dotted line below and  Fax to **(702) 446-9263** along with:

⇨ **Demographic Face Sheet**
⇨ **A copy of the patient's insurance card (Front and Back)**

### PLEASE SELECT A PRODUCT AND SIZE

Omeza
Code A2014

☐ Quantity

Zenith Membrane ™
Code Q4253

☐ 2x2cm    ☐ 2x3cm
☐ 4x4cm    ☐ 4x6cm    ☐ 4x8cm

Medical Provider Name: Cristi Leeberg, AAPRN

Clinic's Name: Practitioners In Motion, PPLC

Clinic's Address: 1900 S. Harbor City Blvd #225 Melbourne, FL 32901

Tax ID #: 47-3792140        Clinic Phone Number: 321-216-2255

Provider's NPI #: 1982971404        Clinic Fax Number: 321-216-2255

Patient's Name: ███████        Patient's DOB: ███████

Patient's Primary Insurance: Medicare B

Patient's Insurance ID Number: 5MV5KH9UR50

Estimate Date of Procedure:: 6/6/23

CPT Procedure Codes: Q4262

ICD-10 Diagnosis Codes: S91.001D and S91.104S

### FOR APEX MEDICAL USE ONLY

Ⓧ Approved        ◯ Denied

Comments: Approved

Documented By: Brian Fitzpatrick        Date: 6-5-23

Appx_0042

Highly Confidential

LEEBERG0001751