# EXHIBIT K





SEP 23 '25 RCVD

**Medicare Appeals**
**P.O. Box 3411**
**Mechanicsburg, PA 17055-1850**

## MEDICARE APPEALS DECISION

September 15, 2025

| | |
|---|---|
| In an inquiry refer to: | 8725202900574 |
| Medicare Number: | ****▮▮▮▮ |
| Internal Control Number: | 9725164218400 |
| Service Date: | October 26, 2023 |
| Services provided by: | Practitioners In Motion PLLC |
| Services provided to: | ▮▮▮▮▮▮▮▮▮ |

Dear Daniel Ayyash,

This letter is to inform you of the decision on your Medicare Appeal. An appeal is a new and independent review of a claim. You are receiving this letter because you requested an appeal for the services shown below.

The appeal decision is unfavorable. Our decision is that your claim has been overpaid.

More information on the decision is provided below. If you disagree with the decision, you may appeal to a Qualified Independent Contractor (QIC). Your appeal of this decision must be made in writing and received by the QIC within 180 days of receiving this letter. You are presumed to have received this decision five days from the date of the letter unless there is evidence to show otherwise. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal this decision, see the section at the end of this letter entitled, "Important Information about Your Appeal Rights."

A copy of this letter was also sent to ▮▮▮▮▮▮▮▮

First Coast Service Options, Inc. was contracted by Medicare to review your appeal.

| Summary of Facts |
|---|
| |

Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 1

000249 0002 0007 000
181560-O03-0

Appx_0057
LEEBERG0003319

| | |
|---|---|
| Provider: | Practitioners In Motion PLLC |
| Date of Service: | October 26, 2023 |
| A claim was submitted for: | • 99344 GVGW - Residence visit for new patient with moderate level of medical decision-making, per day<br>• 15271 GVGW - Application of skin substitute graft to wound of trunk, arms, or legs, 25.0 sq cm or less of wound<br>• 15272 GVGW59 - two units of the Application of skin substitute graft to wound of trunk, arms, or legs, each additional 25.0 sq cm<br>• Q4262 GVGW - 96 units of the Dual Layer Impax Membrane, per square centimeter |
| An initial determination on this claim was made on: | June 23, 2025 |
| The services were denied because: | • The cost of care before and after the surgery or procedure is included in the approved amount for that service.<br>• The information provided does not support the need for this service or item. Your claim was reviewed by our Medical Staff. |
| The services were initially allowed, but following a post claim review, a refund for $75,970.46 was requested for the amount paid on the services referenced above. | |
| We received a request for redetermination on: | July 21, 2025 |
| Records submitted with the request: | Correspondence from Daniel Ayyash and Kaitlyn E. Delbene, the Appointment of Representative Forms, the Claim Listing, the Notice of Overpayment Findings, the Overpayment Letters, the Patient identifying details and demographics, |

Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 2

Appx_0058
LEEBERG0003320



| | the Insurance Verification Forms, the Eligibility Data and Medical Records to include but not limited to, Encounter Notes, Wound Images, Lab Orders, Allograft Product Labels, Initiation of Negative Pressure Wound Therapy Forms and Wound Care Orders. |
| --- | --- |

## Decision

We have determined that Medicare cannot make payment on the residence visit for new patient with moderate level of medical decision-making, per day (99344 GV GW), the Dual Layer Impax Membrane, per square centimeter (Q4262 GV GW x 96), the application of a skin substitute graft to a wound of the trunk, arms, or legs, 25.0 sq cm or less (15271 GV GW) and the application of skin substitute graft to wound of trunk, arms, or legs, each additional 25.0 sq cm of wound (15272 GV GW x 2). We have also determined that the provider is responsible for the cost of the services.

## Explanation of Decision

The documentation received with the appeal request and provided by the Unified Program Integrity Contractor (UPIC), was reviewed by a clinician, and it does not support the Dual Layer Impax Membrane, per square centimeter (Q4262 GV GW x 96), the application of a skin substitute graft to a wound of the trunk, arms, or legs, 25.0 sq cm or less (15271 GV GW) and the application of skin substitute graft to wound of trunk, arms, or legs, each additional 25.0 sq cm of wound (15272 GV GW x 2) as reasonable and necessary. The UPIC previously denied the services for not meeting requirements described in the Local Coverage Determination (LCD): Application of Skin Substitute Grafts for Treatment of DFU and VLU of Lower Extremities (L36377). Based on the location and description of the sacral wound in the records, those requirements do not apply to the wound in question.

However, the provider billed for Dual Layer Impax Membrane (Q4262), and the record indicates a skin substitute was applied for wound healing purposes. This is clear from the medical documentation and the use of current procedural terminology (CPT) codes 15271, 15272 (application of a skin substitute graft) which were billed for this service. These CPT codes (15271 to 15278) specify that products that are used as skin substitute grafts must provide scaffolding for cell growth. The prefatory section in the American Medical Association (AMA) CPT Codebook that precedes the code section is entitled Skin Substitute Grafts and describes that these biological products form a skin scaffolding for skin growth. This language makes it clear that application of non-graft wound dressings are not separately reportable. Thus, if Dual Layer Impax Membrane, is used and the provider bills for it using any of the skin substitute graft AMA CPT application codes, it is considered a skin substitute graft, not merely a wound cover or



Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 3

000249 0003 0007 000
181560-O03-0

Appx_0059

LEEBERG0003321

dressing. Even if this product is used in this manner, there is no literature-based evidence which demonstrates it provides skin scaffolding contemplated by these application codes or that this product facilitates the healing of wounds.

This product, Dual Layer Impax Membrane, has insufficient peer reviewed, evidence-based literature to support its use for ulcer or wound treatment or healing. It is investigational and experimental and has insufficient peer-reviewed, published evidence or any evidence-based recommendations by a specialty society or organizations to support its safety, efficacy, or clinical utility, or frequency of use as an ulcer or wound healing product. Without such evidence, it does not meet the standards of medical practice to treat such a wound. This product is not reasonable or necessary for ulcer or wound treatment. Contractor Medical Director guidance; Section 1862 (a)(1)(A) of the Social Security Act; and the Centers for Medicare & Medicaid Services (CMS) Internet-Only Manual (IOM) Publication 100-08, Medicare Program Integrity Manual, Chapter 3, Section 3.6.2.2, were utilized for this review.

Regarding the residence visit for new patient with moderate level of medical decision-making (99344 GV GW), the UPIC previously denied the service as not significantly separate from the skin substitute services provided on the same day. The appeal records did not support a significantly separate evaluation and management service from the skin substitute treatment. Therefore, the residence visit cannot be approved. The Centers for Medicare & Medicaid Services (CMS) Internet Only Manual, Publication 100-08, Medicare Program Integrity Manual, Chapter 3, Section 3.6.2.4, was utilized for this review.

**Who is Responsible for the Bill?**

The Medicare law contains three provisions §1870, §1879 and §1842(I) dealing with liability for, and recovery of, individual overpayments. Section 1879 of the Social Security Act (the Act) which provides financial relief when services are found to be not medically reasonable and necessary is not applicable in cases where it has been determined that the services were not billed in compliance with the national and local coding, payment or billing requirements. Once it has been concluded that an overpayment exists (that is, a finding that payment cannot be made under the §1879 waiver of liability provisions mentioned above) a §1870(b) determination is made regarding whether the provider was without fault with respect to the overpayment.

In the case of the Dual Layer Impax Membrane, per square centimeter (Q4262 GV GW x 96), the application of a skin substitute graft to a wound of the trunk, arms, or legs, 25.0 sq cm or less (15271 GV GW) and the application of skin substitute graft to wound of trunk, arms, or legs, each additional 25.0 sq cm of wound (15272 GV GW x 2), we find that the provider is at fault. Based on coverage limitations provided in the "Explanation of the Decision" of this letter, the provider knew or should have known the services would not be covered. Additionally, information about covered services is published to the general Medicare community using manuals, bulletins, memoranda,

Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 4

Appx_0060
LEEBERG0003322

etc. Information on covered services is also available on the Medicare websites (Medicare.FCSO.com and CMS.gov). Therefore, we find there is sufficient evidence that the provider of services should have known that the services would not be paid. We also find that the provider did not submit documentation to support notification was given to the beneficiary in writing, before the services were furnished, that Medicare would likely not pay for the service. Because of this, the provider is liable for the denied charges.

The Medicare law contains three provisions §1870, §1879 and §1842(I) dealing with liability for, and recovery of, individual overpayments. Section 1879 of the Social Security Act (the Act) which provides financial relief when services are found to be not medically reasonable and necessary is not applicable in cases where it has been determined that the services were not billed in compliance with the national and local coding, payment or billing requirements. Once it has been concluded that an overpayment exists (that is, a finding that payment cannot be made under the §1879 waiver of liability provisions mentioned above) a §1870(b) determination is made regarding whether the provider was without fault with respect to the overpayment.

In the case of the residence visit for new patient with moderate level of medical decision-making (99344 GV GW), we find that the provider is at fault (Medicare Financial Management Manual 100-6 Chapter 3 Sections 70 and 90). Providers are liable for overpayments when no documentation is submitted to substantiate that the services billed to the program were covered. No payment shall be made to any provider of services or other person unless there has been furnished such information as may be needed to determine the amounts due such provider or other person under Medicare. Section 1833(e) of the Social Security Act and 42 FR 424.5(a)(6). The redetermination request submitted lacked sufficient medical records and/or supporting documentation to make a determination of medical reasonableness and necessity by Medicare's criteria. Providers are responsible for providing all relevant information and documentation at the time the appeal is requested.

### What to Include in Your Request for a Reconsideration of This Appeal

If you do not agree with this decision, you may file a reconsideration. When submitting your reconsideration, you will need to provide evidence-based peer reviewed literature supporting the use of the product for wound healing and or wound treatment to be an accepted standard of medical practice and documentation to support a significantly separate evaluation and management service from the skin substitute treatment.

It will be helpful for you to provide any other documentation you believe supports the reason for a favorable decision. The documentation you provide should show why you believe the services should be given a favorable decision. Please provide the documentation with your request for an appeal to a Qualified Independent Contractor (QIC).

### Note to Medicare Physicians, Providers, and Suppliers Only:



Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 5

000249 0004 0007 000
181560-O03-0

Appx_0061
LEEBERG0003323

Any additional evidence as indicated in this section should be submitted with the request for reconsideration. All evidence must be presented before the reconsideration decision is issued. If all additional evidence as indicated above and or otherwise is not submitted prior to issuance of the reconsideration decision, you will not be able to submit any new evidence to the Administrative Law Judge or the Medicare Appeals Council unless you can demonstrate good cause for withholding the evidence from the QIC.

Note: You do not need to resubmit documentation that was submitted as part of the redetermination. The information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Send your appeal request to:

C2C Innovative Solutions, Inc.
Part B QIC South
P.O. Box 45300
Jacksonville, FL  32232-5300

Sincerely,

First Coast Service Options, Inc.- Jurisdiction N
A Medicare Contractor

Enclosure: Reconsideration Form

Enclosure: Important Information About Your Appeal Rights

Medicare Part B
Provider Only: 1-866-454-9007
Beneficiary: 1-800-MEDICARE (1-800-633-4227)
Ask for Doctor Services
Text Telephone (TTY) Hearing/Speech impaired (Provider Only): 711

Page 6

Appx_0062
LEEBERG0003324

# IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

**Your Right to Appeal this Decision**: If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The next level of appeal is called reconsideration. A reconsideration is a new and impartial review performed by a qualified independent contractor (QIC), separate and independent of First Coast Service Options.

**How to Appeal**: To exercise your right to an appeal, you must file a request in writing. Your request must be received by the QIC at the address below within 180 days of receiving this decision. You are presumed to have received this decision five days after the date of the letter unless there is evidence to show otherwise. If you are unable to file your appeal request timely, please explain why you could not meet the filing deadline. You may request an appeal by using the form enclosed with this letter.

If you do not use this form, you can write a letter. You must include: your name, the name of the beneficiary, the Medicare number, a list of the service(s) or item(s) that you are appealing and the date(s) of service, and any evidence you wish to attach. You must also indicate that First Coast Service Options made the redetermination. You may also attach supporting materials such as those listed in item 10 of the enclosed Reconsideration Request Form, or other information that explains why this service should be paid. Your doctor may be able to provide supporting materials.

If you want to file an appeal, you should send your request to; C2C Innovative Solutions, Inc., QIC Part B South, P.O. Box 45300, Jacksonville, Florida 32232-5300.

**Who May File an Appeal**: You or someone you name to act for you (your **appointed representative**) may file an appeal. You can name a relative, friend, advocate, attorney, doctor, or someone else to act for you.

If you want someone to act for you, you may visit http://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1696.pdf to download the "Appointment of Representative" form which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. If you are a Medicare beneficiary, you may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

**Other Important Information**: If you want copies of statues, regulations, policies, and/or manual instructions we used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the address located at the top right hand corner of the first page.

**Resources for Medicare Beneficiaries**: If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State health insurance assistance program (SHIP). You can find the phone number for your SHIP in your "Medicare & You" handbook under the "Helpful Contacts" section of www.medicare.gov Website, or by calling 1-800-MEDICARE (1-800-633-4227). Your SHIP can answer questions about payment denials and appeals.

For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227). TTY/TDD: 1-877-486-2048.

Remember that specific questions about your appeal should be directed to the contractor who is handling your appeal.



000249 0005 0007 000
181560-O03-0

Appx_0063

LEEBERG0003325

Beneficiary ID: ****
Please refer to: 8725202300674



# FIRST COAST
### SERVICE OPTIONS

## MEDICARE PART B

## RECONSIDERATION REQUEST FORM

Directions: If you wish to appeal this decision, please fill out the required information below and mail this form to the address shown below. At a minimum, you must complete/include information for items 1, 2a, 6, 7 & 11 but to help us serve you better, please include a copy of the redetermination notice with your reconsideration request.

C2C Innovative Solutions, Inc.
QIC Part B South
P. O. Box 45300
Jacksonville, FL 32232-5300

1. Name of Beneficiary:

_____

2a. Medicare Number:

_____

2b. Claim Number (ICN/DCN if available):

_____

3. Provider Name:

_____

4. Person Appealing:       ( ) Beneficiary
                           ( ) Provider of Service
                           ( ) Representative

5. Address of the Person Appealing:

_____

_____



000249 0006 0007 000
181560-O03-0

Appx_0064
LEEBERG0003326

Beneficiary ID: ****▮
Please refer to: 8725202900574

5a. Telephone Number of the Person Appealing:

_____

5b. Email Address of the Person Appealing:

_____

6. Item or service you wish to appeal:

_____

_____

_____

7. Date of the service: From: _____ / _____ /_____ To: _____ / _____ /_____

8. Does this appeal involve an overpayment?     Yes ( )          No ( )

9. Why do you disagree?  Or what are your reasons for your appeal? (Attach additional pages, if necessary)

_____

_____

10. You may also include any supporting material to assist your appeal.  Examples of supporting materials include:

( )     Medical Records
( )     Copy of Claim
( )     Treatment Plan
( )     Office Records/Progress Notes
( )     Certificate of Medical Necessity

11. Name of Person Appealing:

_____

12. Date: _____/_____/_____

Contractor Number: 09102 (FL)

Appx_0065
LEEBERG0003327

**Nondiscrimination Notice -** The Centers for Medicare & Medicaid Services (CMS) doesn't exclude, deny benefits to, or otherwise discriminate against any person on the basis of race, color, national origin, disability, sex, or age. If you think you've been discriminated against or treated unfairly for any of these reasons, you can file a complaint with the Department of Health and Human Services, Office for Civil Rights by:

- Calling 1-800-368-1019. TTY users should call 1-800-537-7697.
- Visiting hhs.gov/ocr/civilrights/complaints.
- Writing: Office for Civil Rights, U.S. Department of Health and Human Services, 200 Independence Avenue SW, Room 509F, HHH Building, Washington, D.C. 20201

**Notice of Availability of Auxiliary Aids & Services -** We're committed to making our programs, benefits, services, facilities, information, and technology accessible in accordance with Sections 504 and 508 of the Rehabilitation Act of 1973. We'll take appropriate steps to make sure that people with disabilities, including people who are deaf, hard of hearing or blind, or who have low vision or other sensory limitations, have an equal opportunity to participate in our services, activities, programs, and other benefits. We provide various auxiliary aids and services to communicate with people with disabilities, including:

- Relay service — TTY users should call 1-877-486-2048.
- Alternate formats — This Medicare Redetermination Notice is available in alternate formats, including large print, Braille, data CD and audio CD. To request your notice in an alternate format, call
  1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.

**Aviso sobre la discriminación -** Los Centros de Servicios de Medicare y Medicaid (CMS) no excluye, niega beneficios o discrimina contra ninguna persona por motivos de raza, color, origen nacional, incapacidad, género o edad. Si cree que ha sido discriminado o tratado injustamente por cualquiera de estos motivos, puede presentar una queja ante el Departamento de Salud y Servicios Humanos, Oficina de Derechos Civiles:

- Llamando al 1-800-368-1019. Los usuarios de TTY deben llamar al 1-800-537-7697.
- Visitando hhs.gov/ocr/civilrights/complaints.
- Escribiendo a la: Oficina de Derechos Civiles del Departamento de Salud y Servicios Humanos 200 Independence Avenue, SW Room 509F, HHH Building Washington, D.C. 20201

**Ayuda y servicios auxiliares para personas con incapacidades -** Medicare está dedicado a ofrecerles a todos sus beneficiarios los programas, beneficios, servicios, dependencias, información y su tecnología, en cumplimiento con las Secciones 504 y 508 de la Ley de Rehabilitación del 1973. Medicare tomará las medidas necesarias para asegurarse de que las personas incapacitadas, entre los que se incluyen los que tiene problemas auditivos, son sordos, ciegos, tienen problemas visuales u otro tipo de limitaciones, tengan las mismas oportunidades de participar y aprovechar los programas y beneficios disponibles. Medicare ofrece varios servicios y ayuda para facilitar la comunicación con las personas incapacitadas incluyendo:

- Servicios de retransmisión de mensajes — Los usuarios de TTY deben llamar al 1-877-486-2048.
- Formatos alternativos — Los productos de Medicare, incluyendo esta redeterminación, están disponible en letra grande, versión digital, Braille y audio. Para ordenar su aviso en un formato alternativo, llame al 1-800-MEDICARE (1-800-633-4227). Los usuarios de TTY deben llamar al 1-877-486-2048.



000249 0007 0007 000
181560-003-0

ATTENTION: If you speak a language other than English, language assistance services, free of charge, are available to you. Call 1-800-MEDICARE (TTY: 1-877-486-2048).

**(Arabic) العربية** ملاحظة: إن كنت تتحدث لغة اخرى غير الانجليزية فإن خدمات المساعدة اللغوية متوفرة لك بالمجان. اتصل بالرقم 1-800-MEDICARE (الهاتف النصي: 1-877-486-2048).

**հայերեն (Armenian)** ,

:                          1-800-MEDICARE (TTY (          ) 1-877-486-2048)

**繁體中文 (Chinese)** 注意:如果您使用繁體中文,您可以免費獲得語言援助服務。請致電 1-800-MEDICARE(TTY:1-877-486-2048)。

**فارسی (Farsi)** توجه: گر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می باشد. با 1-800-MEDICARE (TTY: 1-877-486-2048) تماس بگیرید.

**Français (French)** ATTENTION : Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le 1-800-MEDICARE (ATS : 1-877-486-2048).

**Kreyòl Ayisyen (French Creole)** ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-800-MEDICARE (TTY: 1-877-486-2048).

**Deutsch (German)** ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Rufnummer: 1-800-MEDICARE (TTY: 1-877-486-2048).

**Italiano (Italian)** ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero 1-800-MEDICARE (TTY: 1-877-486-2048).

**日本語 (Japanese)** 注意事項:日本語を話される場合、無料の言語支援をご利用いただけます。1-800-MEDICARE(TTY:1-877-486-2048)まで、お電話にてご連絡ください。

**한국어(Korean)** 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 1-800-MEDICARE (TTY: 1-877-486-2048) 번으로 전화해 주십시오.

**Polski (Polish)** UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Zadzwoń pod numer 1-800-MEDICARE (TTY: 1-877-486-2048).

**Português (Portuguese)** ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para 1-800-MEDICARE (TTY: 1-877-486-2048).

**Русский (Russian)** ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните 1-800-MEDICARE (телетайп: 1-877-486-2048).

**Español (Spanish)** ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-MEDICARE (TTY: 1-877-486-2048).

**Tagalog (Tagalog)** PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tumawag sa 1-800-MEDICARE (TTY: 1-877-486-2048).

**Tiếng Việt (Vietnamese)** CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-MEDICARE (TTY: 1-877-486-2048).

Appx_0067
LEEBERG0003329

JNCN - JNCN258L - 000249 - 001 of 007

000249

Medicare Part B Appeals
P.O. Box 3411
Mechanicsburg, PA 17055-1850


WACHLER & ASSOCIATES
210 E. THIRD STREET, SUITE 204
ROYAL OAK MI, 48067



000249 0001 0007 000
181560-O03-0

Appx_0068

LEEBERG0003330