# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| | § | **No. 4:25-cv-00319-P** |
| **CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,** | § § § | |
| **Defendant.** | § § | |
| **and** | § § | |
| **CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC,** | § § § § | |
| *Counter-Plaintiff,* | § § § | |
| **v.** | § § § | |
| **LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,** | § § § § | |
| *Counter- Defendant.* | | |

## DECLARATION OF ALEC R. SHELOWITZ

1.      My name is Alec R. Shelowitz, Esq. I am over eighteen (18) years of age, of sound mind, and am capable of making this Declaration.

2.      I am an attorney with the law firm Zarco Einhorn Salkowski, P.A. and along with Robert Einhorn, Esq., and Abel Leal, Esq., I represent Defendant/Counter-Plaintiff, Cristi Leeberg.

3.      Attached as Exhibit __ is a true, accurate, and correct copy of the IMPAX Amniotic Membrane IFU which I retrieved from Legacy's website on February 16, 2026 and which can be found at

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

https://legacymedicalconsultants.com/products/impax-amniotic-allograft/.

4.      Attached as Exhibit __, is a true, accurate, and correct copy of the Zenith Amniotic Membrane which I retrieved from Legacy's website's on February 16, 2026 and which can be found at https://legacymedicalconsultants.com/products/zenith-amniotic-allograft/.

5.      Attached as Exhibit __ is a true, accurate, and correct copy of the New York Times's April 14, 2025 article entitled: Medicare Bleeds Billions on Pricey Bandages, and Doctors Get a Cut, which I retrieved from the New York Times's website on January 14, 2026.


Under 28 U.S.C. § 1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 23, 2026.


*/s/ Alec R. Shelowitz*
**Alec R. Shelowitz**

**Zarco Einhorn Salkowski, P.A.**
2. S. Biscayne Blvd., 34th Floor | Miami, FL 33131 | T: (305)374-5418 | F: (305) 374-5428

Appx_0074