UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**LEGACY MEDICAL CONSULTANTS, L.P.,**

   Plaintiff,

v.                                         No. 4:25-cv-00319-P

**CRISTI LEEBURG,**

   Defendant.

## ORDER

Having reviewed the record, the Court concludes that a settlement conference will be beneficial for the parties in this matter.

Accordingly, the Court **ORDERS** that the Parties meet before Magistrate Judge Hal R. Ray, Jr. for a settlement conference **on or before March 31, 2026**. **All counsel** shall attend the conference in person.

The Parties are further **ORDERED** to file a status report on the results of the settlement conference **no later than three days after** the conference takes place.

**SO ORDERED** on this **27th day of February 2026.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE