UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEGACY MEDICAL CONSULTANTS, L.P.,

   Plaintiff,

v.                         No. 4:25-cv-00319-P

CRISTI LEEBURG,

   Defendant.

## ORDER

Before the Court is Local Counsel Abel A. Leal's Unopposed Motion for Relief from Order Requiring In-Person Attendance at Settlement Conference ("Motion"). ECF No. 57. Having reviewed the Motion, docket entries, and applicable law, the Court finds that the Motion should be and is **GRANTED**.

Accordingly, local counsel Abel A. Leal is excused from personal attendance at the settlement conference ordered pursuant to ECF No. 54. Lead counsel Robert M. Einhorn and Alec R. Shelowitz of Zarco Einhorn Salkowski, P.A., shall attend the settlement conference in person on behalf of Defendant/Counter-Plaintiff Cristi Leeberg d/b/a Practitioners in Motion, PLLC, and are fully authorized to represent her interests therein.

**SO ORDERED** on this **6th day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE