# EXHIBIT 17

**From:**  "Cristi Leeberg" <cleeberg11@gmail.com>
**Sent:**  Fri, 13 Jan 2023 01:40:15 +0000 (UTC)
**To:**  "Rick Logwood MD" <rick@apexmdcl.com>
**Subject:**  Re: One more 4x6

Thanks.. but it's just the tip and saline. No big deal!  It's what my patient needs!

On Thu, Jan 12, 2023 at 20:14 Rick Logwood MD <rick@apexmdcl.com> wrote:
I'll eat it!

**Rick Logwood MD**
**Apex Medical**
23 Indian Run Way
Las Vegas, NV 89148
702.285.0587 Direct
702.446.9263 Fax
Rick@apexmdcl.com

**E-MAIL CONFIDENTIALITY NOTICE:**
**This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA).  This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately contact the sender of this message.**

On Jan 12, 2023, at 5:10 PM, Cristi Leeberg <cleeberg11@gmail.com> wrote:

I may eat the cost and still do it.

On Thu, Jan 12, 2023 at 20:02 Rick Logwood MD <rick@apexmdcl.com> wrote:
I had such big plans for combination protocols and it's a bummer for sure .

**Rick Logwood MD**
**Apex Medical**
23 Indian Run Way
Las Vegas, NV 89148
702.285.0587 Direct
702.446.9263 Fax
Rick@apexmdcl.com

 APEX_LEEBERG_00000013

**E-MAIL CONFIDENTIALITY NOTICE:**
**This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA). This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender of this message.**

On Jan 12, 2023, at 4:52 PM, Cristi Leeberg <cleeberg11@gmail.com> wrote:

Bummer!
Ok. Ty
On Thu, Jan 12, 2023 at 19:45 Rick Logwood MD <rick@apexmdcl.com> wrote:
  I know it's silly but that 97610 code cannot be combined with anything.
  It's a real limiting factor unfortunately.

  **Rick Logwood MD**
  **Apex Medical**
  23 Indian Run Way
  Las Vegas, NV 89148
  702.285.0587 Direct
  702.446.9263 Fax
  Rick@apexmdcl.com

  **E-MAIL CONFIDENTIALITY NOTICE:**
  **This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA). This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender of this message.**

  On Jan 12, 2023, at 2:17 PM, Cristi Leeberg <cleeberg11@gmail.com> wrote:

APEX_LEEBERG_00000014

Well I was talking about two different wounds. Thought maybe with modifier to try.
What would get denied? If we tried it… possibly denied. Just refill only graft?

On Thu, Jan 12, 2023 at 16:34 Rick Logwood MD <rick@apexmdcl.com> wrote:

Hey Cristi,
I recommend Ultramist always done as a stand alone code and membrane or any other modalities done on separate days. I have a provider here in vegas that attempted to do it and they denied the entire claim. It's one of my first questions with Sanuwave. Ideally it would have been great to Ultramist and place a membrane the same day.

My apologies for this graft discrepancy. I've never seen anything like it and we are looking into it right now

Thanks,

**Rick Logwood MD**
**Apex Medical**
23 Indian Run Way
Las Vegas, NV 89148
702.285.0587 Direct
702.446.9263 Fax
Rick@apexmdcl.com

**E-MAIL CONFIDENTIALITY NOTICE:**
**This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA). This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender of this message.**

On Jan 12, 2023, at 1:21 PM, Cristi Leeberg <cleeberg11@gmail.com> wrote:

FOIA Confidential Treatment Requested

Yes this is second one…
Also
Looking at reg
If patient has several wounds
Can you bill one for mist and graft a different one on same visit

On Thu, Jan 12, 2023 at 15:52 Rick Logwood MD <rick@apexmdcl.com> wrote:
   Hey Nick,
   I thought I've seen everything but this is a first.
   Reaching out to legacy to lol into this asap.
   I'll keep everyone posted.


**Rick Logwood MD**
**Apex Medical**
23 Indian Run Way
Las Vegas, NV 89148
702.285.0587 Direct
702.446.9263 Fax
Rick@apexmdcl.com

**E-MAIL CONFIDENTIALITY NOTICE:**
**This e-mail, including any attachments may contain material protected and governed by the Health Insurance and Portability and Accountability Act (HIPAA). This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless authorized. If you are not the intended recipient of this e-mail please note that you have received this e-mail in error and any use, dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately contact the sender of this message.**

FOIA Confidential Treatment Requested

APEX_LEEBERG_00000016

On Jan 12, 2023, at 12:49 PM, Nick Petrillo <nick@twentywonsales.com> wrote:

Hello, weird, Cristi had a seperate patient and box that was supposed to be a 4x6 and it was a 4x4.

<IMG_0179.jpg>

Thank you,

-Nick
Sent from my iPhone

--
Cristi Leeberg

--
Cristi Leeberg

--
Cristi Leeberg

--
Cristi Leeberg

-
Cristi Leeberg

FOIA Confidential Treatment Requested

APEX_LEEBERG_00000017