**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

**MINUTE ORDER
SETTLEMENT CONFERENCE**

JUDGE:              Hal R. Ray, Jr.
LAW CLERKS:         None
COURT REPORTER:     None

---

Case No.    4:25-cv-00319-P
Case Style: *Legacy Medical Consultants, LP v. Cristi Leeberg d/b/a Practitioners in Motion, PLLC*
Date Held:  March 20, 2026
Time:       9:00 a.m. - 12:15 p.m.

---

I.    Persons in Attendance

    A.    Plaintiff's representative, Janna Murphy

          Counsel for Plaintiff, Gregory Moore, Esq. and Megan A. Altobelli, Esq.

    B.    Defendant, Cristi Leeberg

          Counsel for Defendant, Robert M. Einhorn, Esq., Alec Shelowitz, Esq., and Paul A. Basile, Esq.

II.   Proceedings Conducted: Settlement conference conducted with the parties. Case did not settle.

DATE: March 20, 2026

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE