**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LEGACY MEDICAL CONSULTANTS, LP,** | § | |
| **SUCCESSOR IN INTEREST TO LEGACY** | § | |
| **MEDICAL CONSULTANTS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 4:25-cv-00319-P** |
| | § | |
| **v.** | § | |
| | § | |
| **CRISTI LEEBERG D/B/A** | § | |
| **PRACTITIONERS IN MOTION, PLLC,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Plaintiff, Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy") and Defendant, Cristi Leeberg, doing business as Practitioners in Motion, PLLC ("Leeberg" and collectively with Legacy, the "Parties"), file this Status Report regarding the results of the settlement conference per the Court's Order. [Doc. 54].

The Parties participated in a settlement conference on March 20, 2026, before Judge Hal R. Ray Jr. at Eldron B. Mahon United State Court House, 501 W. 10th Street, Fort Worth, Texas 76102 in Courtroom 501. Present at the settlement conference for Legacy were Legacy's counsel Gregory J. Moore and Megan A. Altobelli and Legacy's representative Janna Murphy. Present at the settlement conference for Leeberg were Leeberg's counsel Robert M. Einhorn and Alec R. Shelowitz, Ms. Leeberg, and Ms. Leeberg's general counsel Paul Basile.

The Parties were unable to resolve the case at the settlement conference, and the case has not been settled by agreement of the Parties.

1

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Gregory J. Moore
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

*and*

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Parkway, Suite 300
Dallas, Texas 75254
Abel A. Leal
State Bar No. 24026989
abel@leal.law

**ZARCO EINHORN SALKOWSKI, P.A.**
2 S Biscayne Blvd, 34th Floor
Miami, FL 33131

*/s/ Alec Shelowitz (with permission)*
Robert M. Einhorn
reinhorn@zarcolaw.com
Alec Shelowitz
ashelowitz@zarcolaw.com
**ATTORNEYS FOR DEFENDANT**

2