IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, <br><br> *Defendant*. <br><br> and <br><br> CHRISTI LEEBERG D/B/A PRACTITIONERS IN MOTION, PLLC, <br><br> *Counter-Plaintiff,* <br><br> v. <br><br> LEGACY MEDICAL CONSULTANTS, LP SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC, <br><br> *Counter-Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 4:25-cv-00319-P |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

Plaintiff, Legacy Medical Consultants, LP, successor in interest to Legacy Medical Consultants, LLC ("Legacy"), and Defendant, Cristi Leeberg, doing business as Practitioners in Motion, PLLC ("Leeberg" and collectively with Legacy, the "Parties"), by and through undersigned counsel, hereby notify the Court that the Parties have settled in principal, and are in the process of completing the final settlement documents, which includes a joint stipulation of dismissal. The Parties anticipate filing the joint stipulation of dismissal on or before May 18, 2026. The Parties request the Court stay all proceedings, including upcoming hearings and deadlines until such time.

1

Respectfully submitted,

**BLANK ROME LLP**

/s/ *Megan A. Altobelli*
Gregory J. Moore
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

**THE LEAL LAW FIRM, LLC**
14180 N Dallas Parkway, Suite 300
Dallas, Texas 75254
Abel A. Leal
State Bar No. 24026989
abel@leal.law

**ZARCO EINHORN SALKOWSKI, P.A.**
2 S Biscayne Blvd, 34th Floor
Miami, FL 33131

/s/ *Alec Shelowitz (with permission)*
Robert M. Einhorn
reinhorn@zarcolaw.com
Alec Shelowitz
ashelowitz@zarcolaw.com
**ATTORNEYS FOR DEFENDANT**

## Certificate of Service

I certify that a true and correct copy of the foregoing document was served on all parties and counsel of record on April 17, 2026, via the Court's CM/ECF system in accordance with Fed. R. Civ. P. 5(b)(2).

/s/ *Megan A. Altobelli*
Megan A. Altobelli

2